# United States District Court

Middle DISTRICT OF Alabama
Southern Division

Claude Gene Lee, Sr.

v.

WestPoint Home, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:06-CV-874-MHT

TO: (Name and Address of Defendant)

J. Tim Wilbanks
Director Labor Relations and Corporate Compliance
WestPoint Home, Inc.
P.O. Box 71
WestPoint, GA 31833

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
P.O. Box 6346
Dothan, Alabama 36302

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

DATE 10/3/06

BY DEPUTY CLERK