**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. Tim Wilbanks
   Director Labor Relations and Corporate Compliance
   West Point Home, Inc.
   Post Office Box 71
   West Point, Ga. 31833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Troy M Cato_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Troy McCato                       10-5-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:06CV874
S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0000 0734 3829

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540