**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CLAUDE GENE LEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06-CV-874-MHT |
| | ) | |
| WESTPOINT HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated October 20, 2006, a meeting was held on November 3, 2006 via telephone and was attended by:

- Kelly F. Pate on behalf of WestPoint Home, Inc.

- M. Russ Goodman on behalf of Claude Gene Lee, Sr.

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before November 17, 2006.

2. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

The likely subjects of discovery are:

Plaintiff expects to conduct discovery necessary to support the Plaintiff's claims and damages.

Defendant expects to conduct discovery regarding the facts and circumstances serving as the basis of the Plaintiff's claims, including but not limited to Plaintiff's job performance; the alleged discrimination; the alleged damages; the anticipated testimony of Plaintiff's witnesses; issues that arise during the course of discovery and/or that are raised in any dispositive motion of the Plaintiff or response of the Plaintiff to any dispositive motion filed by the Defendant; and such other material issues that may become relevant as the case develops.

a. All discovery commenced in time to be completed by August 27, 2007.

b. Maximum of 25 interrogatories by each party to each party. Responses due 30 days after service.

173587.1

c.     Maximum of 25 requests for admission by each party to each party. Responses due 30 days after service.

d.     Maximum of 25 requests for production of document by each party to each party. Responses due 30 days after service.

e.     Maximum of 5 depositions by Plaintiffs to Defendant and 5 by Defendant to Plaintiffs. Depositions limited to eight hours.

f.     Reports from retained experts under Rule 26(a)(2) due:

from Plaintiffs by April 27, 2007; and
from Defendant by May 11, 2007.

g.     Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3.     **Other Items**.

a.     The parties do not request a conference with the Court before entry of the scheduling order.

b.     The parties request a pretrial conference on or around August 27, 2007.

c.     Plaintiffs should be allowed until April 30, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until May 7, 2007 to join additional parties and to amend the pleadings.

d.     All potentially dispositive motions should be filed on or before May 29, 2007.

e.     Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

f.     Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before August 22, 2007

g.     Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

h.     The case should be ready for trial by this Court's October 1, 2007 trial term. At this time, the trial is expected to take approximately 2 days, excluding jury selection.

Respectfully submitted this 6th day of November, 2006.


s/ Kelly F. Pate
One of the Attorneys for Defendant


OF COUNSEL:
David R. Boyd (BOY005)
dboyd@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
334-834-6500
334-269-3115 (fax)


s/ M. Russ Goodman
One of the Attorneys for Plaintiff


OF COUNSEL:
Richard E. Crum (CRU012)
M. Russ Goodman (GOO039)
Cobb, Shealy, Crum, Derrick & Pike, P.A.
206 North Lena Street
Dothan, AL 36303