IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 1:06cv874-MHT |
| ) | |
| WESTPOINT HOME, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COME NOW the undersigned attorneys Jay E. Tidwell and Stephen C. Wallace and file this Notice of Appearance on behalf of the Plaintiff, Claude Gene Lee in the above styled case.

/s/ Jay E. Tidwell
Jay Tidwell (TID009)

OF COUNSEL:

TIDWELL LAW GROUP, LLC
2112 11th Avenue South, Suite 217
Birmingham, Alabama 35205
(205) 322-6060 Phone
(205) 326-8981 Fax

/s/ Stephen C. Wallace
Stephen C. Wallace

OF COUNSEL:

DAWSON & WALLACE, LLC
2229 Morris Avenue
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2007, I have served a copy of the above and foregoing on counsel for all parties by:

| | |
|---|---|
| _____ | Facsimile transmission; |
| _____ | Hand Delivery: |
| _____ | Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to: |
| \_\_X\_\_ | Using the CM/ECF system which will send notifications of such to the following: |

David R. Boyd, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Shealy, Crum, & Pike, P.A.
130 Gaffney Court
Dothan, Alabama 36305

/s/ Jay E. Tidwell
Of Counsel

/s/ Stephen C. Wallace
Of Counsel