IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:06-CV-874-MHT |
| WESTPOINT HOME, INC., | ) ) ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF
DISPOSITIVE MOTION AND DISCOVERY DEADLINES**

The parties in this matter respectfully move jointly to extend the dispositive motion and discovery deadlines for 60 days upon the following grounds:

1. Plaintiff Claude Gene Lee, Sr. initiated this action against the Defendant WestPoint Home, Inc. on September 28, 2006.

2. On March 14, 2007, Plaintiff secured new counsel in this matter.

3. The parties to this action have been actively engaged in settlement discussions in an attempt to resolve this matter without further litigation.

4. Extending the dispositive motion and discovery deadlines for 60 days will give the parties additional time to work towards this goal.

WHEREFORE, PREMISES CONSIDERED, the parties to the above-styled action respectfully request that this Court enter an Order extending the dispositive motion and discovery deadlines 60 days.

Respectfully submitted this 23rd day of May 2007.

/s/ David R. Boyd
One of the Attorneys for Defendant WestPoint
Home, Inc.

181180.1

**OF COUNSEL:**
David R. Boyd (BOY005)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36101
(334)834-6500 (OFFICE)
(334)269-3115 (FAX)

/s/ Jay E. Tidwell
One of the Attorneys for Plaintiff Claude Gene Lee, Sr.

**OF COUNSEL:**
Jay E. Tidwell, Esq.
Tidwell Law Group, LLC
2112 11th Avenue South, Suite 217
Birmingham, AL 35205

Stephen C. Wallace, Esq.
Dawson & Wallace, LLC
2229 Morris Avenue
Birmingham, AL 35203

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Cobb, Shealy, Crum, Derrick & Pike, P.A.
206 North Lena Street
Dothan, AL 36303