IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,        )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         1:06cv874-MHT
                             )
WESTPOINT HOME, INC.,        )
                             )
    Defendant.               )
```

## ORDER

It is ORDERED that the motion for extension of deadlines (Doc. No. 10) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 7) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 6).

DONE, this the 24th day of May, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE