IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,        )
                             )
    Plaintiff,                )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     1:06cv874-MHT
                             )
WESTPOINT HOME, INC.,        )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 12) is set for submission, without oral argument, on July 6, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE