IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CLAUDE GENE LEE, SR.,             )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )        1:06cv874-MHT
                                  )
WESTPOINT HOME, INC.,             )
                                  )
        Defendant.                )

ORDER

It is ORDERED that the uniform scheduling order is amended to reflect that the pretrial is reset for September 14, 2007, with all deadlines in the scheduling order tied to this date adjusted accordingly.

DONE, this the 21st day of June, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE