IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR. | ) |
| PLAINTIFF, | ) |
| vs. | ) CV-06-874-MHT |
| WESTPOINT HOME, INC. | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, in opposition to Defendant's Motion for Summary Judgment, list and provides the following evidentiary submissions. Plaintiff also adopts any exhibits referenced in his brief that were previously filed by defense counsel in its motion.

EXHIBIT A-AFFIDAVIT OF CLAUDE G. LEE

EXHIBIT B-EXCERPTS FROM PLAINTIFF'S PERSONNEL FILE

EXHIBIT C-EEOC CHARGE

EXHIBIT D-ABBEVILLE PLANT EMPLOYEE RELATIONS REPORT

EXHIBIT E-SUPERVISOR JOB DESCRIPTION

EXHIBIT F-PERSONAL NOTICES FOR BEDSOLE AND ETHERIDGE

EXHIBIT G-PLAINTIFF'S YEARLY EVALUATIONS FROM 1998-2005

EXHIBIT H-ABBEVILLE PRODUCTION WEEKLY REPORTS

                                            s/ Jay Tidwell
                                            JAY TIDWELL
                                            Attorney for Plaintiff
                                            2112 11th Avenue South, Suite 217
                                            Birmingham, AL 35205
                                            (205) 322-6060

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on all counsel of record by E-FILE this the 6th July, 2007.

                                            s/ Jay Tidwell