EXHIBITS "C"

MAR-21-06  05:26PM  FROM-EEOC B'HAM DISTRICT                    2052122142          T-06P  P:02/02  Job-867

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | EXHIBIT |
| xx EEOC | 06-16 |

_____ and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Claude Gene Lee, Sr. | 334-585-2642 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 100 Murry Street, Abbeville, Al. 36310 | | 12-15-55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| West Point Stevens | 750 | 334-585-2211 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| Hwy. 27, Ozark Rd., Abbeville, Al. 36310 | | Henry |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST (ADEA/EPA)    LATEST (ALL) |

| xx RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | xx AGE |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER (Specify) | |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed at West Point Stevens for approximately twenty-nine years. Although I met all production requirments and expectations, I was continually harassed and treated unfairly as I was written up for lack of efficiency, however, my department was the only shift to meet certain production goals. The other two shifts, who were supervised by white males received no such disiplinary action. I also, feel, I have been pushed out based o my age. I was fired on March 10, 2006

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | _Tim Uller_    Exp. Feb. 15, 2009 |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
|---|---|
| | _Claude Gene Lee SR._ |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |
| 5-5-06 ___ _Claude Gene Lee SR._ | (Day, month, and year) |
| Date    Charging Party (Signature) | |

EEOC FORM 5 (10/94)



EXHIBIT B

# WESTPOINT STEVENS

# BULLETIN

### CLAUDE LEE PROMOTED

We are pleased to announce the promotion of Claude Lee to the position of Supervisor, Third Shift, in the Packing Department effective March 1, 2000.

Claude began his employment with WestPoint Stevens on February 7, 1977, as a Packer in the Packing Department and has held several positions in that department since that time.

A native of Abbeville, Claude is a graduate of Abbeville High School.

Claude and his wife Joann reside in Abbeville and are the parents of two daughters, Tamela and Katrina, and a son Claude Jr.

In his new position Claude will report to Bob Turner.

We wish Claude much success as he assumes this responsibility.

*Bubba*

**PERSONNEL NOTICE**                              **WestPoint Pepperell**

☒ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| *Claude Lee* | | | | ▸ 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT | |
|---|---|---|---|---|
| 044 | 65 | *Packing* | 1ˢᵗ 2ⁿᵈ 3ʳᵈ | 2 - EMPLOYEE COMPLAINT |

| SUPERVISOR | | NOTICE DATE | | |
|---|---|---|---|---|
| *Bob Turner* | | 5-21-01 | 6 | 3 - NOTICE OF CHANGE |

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE:
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ COMMENDATION
7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

*Good Job on Rehandle*

**DETAILS**

*During the past two months packing has rehandled JCP during regular work time and overtime. The supervisors on all three shifts did a great job organizing + planning this rehandle. The rehandle was finished 2 weeks before the deadline. They also kept the floor going and empty baskets rolling out the door.*

**ACTION TAKEN**

*Let everyone involved know how much I appreciate the job they did.*

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| ☐ COST DEPT. | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | *Bob Turner*    5-21-01 | |
| ☐ OFFICE MANAGER | ☐ OVERSEER | OTHER | |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | *Bubba ___*    5-21-00 | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE            DATE | |

WP-1157-CS

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY   ☐ AT REQUEST OF ASSOCIATE

| ASSOCIATE *Clauda Lee* | | ASSOCIATE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT *65* | SHIFT *1 ⅠⅠ* | 1 - ASSOCIATE PROBLEM<br>2 - ASSOCIATE COMPLAINT<br>3 - NOTICE OF CHANGE |
| SUPERVISOR *Mike Ethridge* | | NOTICE DATE *2-10-00* | 4 - REQUEST FOR CHANGE<br>5 - ASSOCIATE REQUEST |
| EFFECTIVE DATE OF CHANGE *2-10-00* | | | 6 - COMMENDATION<br>7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Clauda has worked one year without missing a day of work. He is ~~commendat~~ commended for a fine attendance record.*

**ACTION TAKEN**

*Went over the above with Clauda.*

(Attach additional sheets as necessary)

| DISTRIBUTION | | |
|---|---|---|
| ☐ COST DEPT. | ☐ VICE PRESIDENT | |
| ☐ DEPT. FILES | ☐ GENERAL MANAGER | |
| ☐ INDUSTRIAL RELATIONS | ☐ MANAGER | |
| ☐ OFFICE MANAGER | ☐ ASST. MANAGER | |
| ☐ PAYROLL DEPT. | ☐ DEPT. MANAGER | |
| ☐ HUMAN RESOURCES DEPT. | ☐ PRODUCTION DEPT. | |
| | ☐ SUPPLY ROOM | |

| RECOMMENDED BY *Mike Ethridge* | *2-10-00* |
|---|---|
| DEPARTMENT MANAGER *Bob Turner* | *2-21-00* |
| ASSOCIATE (If necessary) | |
| OTHER | |
| SIGNATURE | DATES |

LEC/WD-PH   00415   0061

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY    ☐ AT REQUEST OF ASSOCIATE

| ASSOCIATE _Claude Lee_ | ASSOCIATE NUMBER _3 3 5 1 9_ | TYPE OF NOTICE |
|---|---|---|

FACILITY _Abbeville_    DEPARTMENT _65_    SHIFT _1st_

SUPERVISOR _Mike Ethridge_    NOTICE DATE _3-10-99_    6

EFFECTIVE DATE OF CHANGE _3-10-99_

TYPE OF NOTICE

1 - ASSOCIATE  PROBLEM
2 - ASSOCIATE  COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - ASSOCIATE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

Perfect Attendance

**DETAILS**

Claude has worked one year with out missing a day of work. He is commended for such a fine attendance record.

**ACTION TAKEN**

Went over the above with Claude.

(Attach additional sheets as necessary)

**DISTRIBUTION**

☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ HUMAN RESOURCES DEPT.

☐ VICE PRESIDENT
☐ GENERAL MANAGER
☐ MANAGER
☐ ASST. MANAGER
☐ DEPT. MANAGER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

RECOMMENDED BY _Michael Ethridge_    _3-10-99_

DEPARTMENT MANAGER _Claude Lee    Bob Turner_    _3-12-99_

ASSOCIATE  (if necessary)

OTHER

SIGNATURE    DATES

WP-1157-CS REV 11/97

LEE/WPH  00065

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY    ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT 65 | SHIFT *1st* | 1 - EMPLOYEE PROBLEM |
| SUPERVISOR *Mike Eldridge* | | NOTICE DATE *3-13-98* | 2 - EMPLOYEE COMPLAINT / 3 - NOTICE OF CHANGE |
| EFFECTIVE DATE OF CHANGE *3-13-98* | | | 4 - REQUEST FOR CHANGE / 5 - EMPLOYEE REQUEST / ⑥ COMMENDATION / 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked one year without missing a day of work. He is commended for this fine attendance record.*

**ACTION TAKEN**

(Attach additional sheets as necessary)

| DISTRIBUTION | | RECOMMENDED BY *Mike Eldridge* | *3-13-98* |
|---|---|---|---|
| ☐ COST DEPT. | ☐ VICE PRESIDENT | | |
| ☐ DEPT. FILES | ☐ GENERAL MANAGER | DEPARTMENT MANAGER | *3-19-98* |
| ☐ INDUSTRIAL RELATIONS | ☐ MANAGER | | |
| ☐ OFFICE MANAGER | ☐ ASST. MANAGER | EMPLOYEE (If necessary) | |
| ☐ PAYROLL DEPT. | ☐ DEPT. MANAGER | | |
| ☐ HUMAN RESOURCES DEPT. | ☐ PRODUCTION DEPT. | | |
| | ☐ SUPPLY ROOM | OTHER | |

WP-1157-CS REV 4/96                                          SIGNATURE                    DATE

SWPH - 0071

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY   ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT *6.5* | SHIFT *1st* | 1 - EMPLOYEE PROBLEM |
| SUPERVISOR *Mike Ethiofa* | | NOTICE DATE *3-13-97* | 2 - EMPLOYEE COMPLAINT |
| EFFECTIVE DATE OF CHANGE *3-13-97* | | | 3 - NOTICE OF CHANGE |
| | | | 4 - REQUEST FOR CHANGE |
| | | | 5 - EMPLOYEE REQUEST |
| | | | 6 COMMENDATION |
| | | | 7 - MISCELLANEOUS NOTICE |

*6*

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked a year without missing a day of work. He is commended for this fine attendance record.*

**ACTION TAKEN**

*Went over the above with Claude.*

(Attach additional sheets as necessary)

**DISTRIBUTION**
- ☐ COST DEPT.
- ☐ DEPT. FILES
- ☐ INDUSTRIAL RELATIONS
- ☐ OFFICE MANAGER
- ☐ PAYROLL DEPT.
- ☐ HUMAN RESOURCES DEPT.
- ☐ VICE PRESIDENT
- ☐ GENERAL MANAGER
- ☐ MANAGER
- ☐ ASST. MANAGER
- ☐ DEPT. MANAGER
- ☐ PRODUCTION DEPT.
- ☐ SUPPLY ROOM
- ☐

| RECOMMENDED BY *Mike Ethiofa* | *3-13-97* |
|---|---|
| DEPARTMENT MANAGER | *3/14/97* |
| EMPLOYEE (if necessary) | |
| OTHER | |
| SIGNATURE | DATE |

LStephPH - 0075

PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY            ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claudia Lee* | EMPLOYEE NUMBER | **TYPE OF NOTICE** |
|---|---|---|

FACILITY *Abbeville*   DEPARTMENT *65*   ROOM   SHIFT *1st*

SUPERVISOR *Mike Etheridge*

NOTICE DATE *2-19-96*

EFFECTIVE DATE OF CHANGE *2-19-96*

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

*6*

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claudia has completed one year of work without missing a day of work. He is commended for this fine attendance record.*

**ACTION TAKEN**

*Went over the above with Claudia.*

**DISTRIBUTION**
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.

☐ VICE - PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM
☐

RECOMMENDED BY *Mike Etheridge*    *2/19/96*

DEPARTMENT HEAD

OTHER

SIGNATURE                    DATE

WP-1157-CS

PERSONNEL NOTICE                                WESTPOINT STEVENS

☒ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE Claude Lee | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|

FACILITY _Abbeville_   DEPARTMENT _65_   ROOM   SHIFT _1_

SUPERVISOR _Mike Ethridge_     NOTICE DATE _3-7-95_

EFFECTIVE DATE OF CHANGE _3-7-95_

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

SITUATION IN BRIEF

_Perfect Attendance_

DETAILS

_Claude has completed a year without missing a day of work. He is to be commended for this fine attendance record._

ACTION TAKEN

_Went over the above with Claude._

DISTRIBUTION
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.

☐ VICE - PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM
☐

RECOMMENDED BY _Mike Ethridge_     _3-7-95_

DEPARTMENT HEAD     _3-7-95_

OTHER

SIGNATURE                                DATE

WP-1157-CS

## PERSONNEL NOTICE

**WestPoint Pepperell**

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|
| *Claude Lee* | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT | |
|---|---|---|---|---|
| *Abbeville* | 65 | | *1st* | 2 - EMPLOYEE COMPLAINT |

| SUPERVISOR | NOTICE DATE | |
|---|---|---|
| *Mike E. Thigpen* | *3-14-94* | 3 - NOTICE OF CHANGE |

EFFECTIVE DATE OF CHANGE

- 4 - REQUEST FOR CHANGE
- 5 - EMPLOYEE REQUEST
- 6 - COMMENDATION
- 7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has gone a year without missing a day of work. He is and should be commended for this fine attendance record.*

**ACTION TAKEN**

*Went over the above with Claude*

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| ☐ COST DEPT | ☑ VICE-PRESIDENT | *Mike E. Thigpen* | *3-14-94* |
| ☐ DEPT. FILES | ☐ MANAGER | | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | DEPARTMENT HEAD | *3-14-94* |
| ☐ OFFICE MANAGER | ☐ OVERSEER | *ACB* | |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | OTHER | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE | DATE |

## PERSONNEL NOTICE                    WestPoint Pepperell

[X] INITIATED BY COMPANY        [ ] AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| Claude Lee | | | | |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| Opelika | 65 | | 1st |

| SUPERVISOR | | NOTICE DATE |
|---|---|---|
| Mike Ethridge | | 2-13-93 |

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
(6) - COMMENDATION
7 - MISCELLANEOUS NOTICE

6

**SITUATION IN BRIEF**

Perfect Attendance
(Commendation)

**DETAILS**

Claude has gone a year without missing a day of
work. He is and should be commended for this fine attendance
record.

**ACTION TAKEN**

Went over the above with Claude

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| [ ] COST DEPT | [ ] VICE-PRESIDENT | Mike Ethridge | 2-13-93 |
| [ ] DEPT. FILES | [ ] MANAGER | DEPARTMENT HEAD | |
| [ ] INDUSTRIAL RELATIONS | [ ] ASST. MANAGER | Jerry Corley | 2-13-93 |
| OFFICE MANAGER | [ ] OVERSEER | | |
| PAYROLL DEPT. | [ ] PRODUCTION DEPT. | SIGNATURE | DATE |
| PERSONNEL DEPT. | [ ] OTHER | | |
| -1157-CS | [ ] SUPPLY ROOM | | |

Lee/WPH - 0101
00415

## PERSONNEL NOTICE

**WestPoint Pepperell**

☑ INITIATED BY COMPANY      ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|
| *Claude G. Lee* | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT | 2 - EMPLOYEE COMPLAINT |
|---|---|---|---|---|
| 044 | 65 | *Packing* | 1 | 3 - NOTICE OF CHANGE |

| SUPERVISOR | NOTICE DATE | 4 - REQUEST FOR CHANGE |
|---|---|---|
| *Wesley Wood* | 2-8-92 | 5 - EMPLOYEE REQUEST |

**6**    6 - COMMENDATION

| EFFECTIVE DATE OF CHANGE | 7 - MISCELLANEOUS NOTICE |
|---|---|
| 2-8-92 | |

**SITUATION IN BRIEF**

"Perfect Attendance"

**DETAILS**

Claude had perfect attendance for the past year. This is very commendable. Thanks for a job well done.

**ACTION TAKEN**

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | *Wesley Wood* | 2-8-92 |
| ☐ DEPT. FILES | ☐ MANAGER | | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | **DEPARTMENT HEAD** | |
| ☐ OFFICE MANAGER | ☐ OVERSEER | *Jerry Cosby* | 2-10-92 |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | **OTHER** | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | | |
| | | SIGNATURE | DATE |

WP-56449

Lee/WPH 0415 0106

## PERSONNEL NOTICE                    WestPoint Pepperell

[✓] INITIATED BY COMPANY          [ ] AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|---|
| Claude Lee | | | | | 1 - EMPLOYEE PROBLEM |
| FACILITY | DEPARTMENT | ROOM | SHIFT | | 2 - EMPLOYEE COMPLAINT |
| 044 | 65 | Wrap & Pack | 1st | | 3 - NOTICE OF CHANGE |
| SUPERVISOR | | | NOTICE DATE | | 4 - REQUEST FOR CHANGE |
| Juney Cosby | | 6-13-91 | | (6) | 5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE | | | | | 6 - COMMENDATION |
| | | | | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

"Outstanding Job Performance"

DETAILS

Claude come in this morning on his Inntitation L- Scale 3rd shift had left the wrong label for the order that he was going to run, he caught this error if he hadn't caught this it would have been shipped wrong, checking this saved the company alot of money, because the Customer would have sent it back to us.

"Good Job"

ACTION TAKEN

I talked to Claude and told him how I appricate the fine job he done, and to keep up the good work.

| DISTRIBUTION | | | |
|---|---|---|---|
| [ ] COST DEPT | [ ] VICE-PRESIDENT | RECOMMENDED BY | |
| [ ] DEPT. FILES | [ ] MANAGER | | |
| [ ] INDUSTRIAL RELATIONS | [ ] ASST. MANAGER | DEPARTMENT HEAD | |
| [ ] OFFICE MANAGER | [ ] OVERSEER | Juney Cosby | 6-13-91 |
| [ ] PAYROLL DEPT. | [ ] PRODUCTION DEPT. | [ ] OTHER | |
| [ ] PERSONNEL DEPT. | [ ] SUPPLY ROOM | SIGNATURE | DATE |
| WP-1157-CS | | | |

## PERSONNEL NOTICE

**WestPoint Pepperell**

☐ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| *Claude G. Lee* | | | 33519 | 6 ◄ |
| FACILITY | DEPARTMENT | ROOM | SHIFT | 1 - EMPLOYEE PROBLEM |
| 044 | 65 | *Packing* | 1 | 2 - EMPLOYEE COMPLAINT |
| SUPERVISOR | | | NOTICE DATE | 3 - NOTICE OF CHANGE |
| *Wesley Wood* | | | 2-12-91 | 4 - REQUEST FOR CHANGE |
| EFFECTIVE DATE OF CHANGE | | | | 5 - EMPLOYEE REQUEST |
| 2-12-91 | | | | 6 - COMMENDATION |
| | | | | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked from 2-7-90 thru 2-7-91 without missing a day from work. This is to be commended. Thanks for a job well done.*

**ACTION TAKEN**

**DISTRIBUTION**

| | |
|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT |
| ☐ DEPT. FILES | ☐ MANAGER |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER |
| ☐ OFFICE MANAGER | ☐ OVERSEER |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM |

WP-1157-CS

RECOMMENDED BY *Wesley Wood*     2-12-91

DEPARTMENT HEAD *Jerry Cosby*     2-12-91

OTHER

SIGNATURE                                    DATE

3
00415

Lee/WPH - 0117

## PERSONNEL NOTICE                                    WestPoint Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude S. Lee* | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| FACILITY *044* | DEPARTMENT *65* | ROOM *Packing* | SHIFT *1* | 6 |

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ - COMMENDATION
7 - MISCELLANEOUS NOTICE

SUPERVISOR *Wesley Wood*          NOTICE DATE *11-5-90*

EFFECTIVE DATE OF CHANGE *11-5-90*

**SITUATION IN BRIEF**

"*Outstanding Job Performance*"

**DETAILS**

At this time I would like to thank each and every employee in the packing department for making inventory a great success. Without the dedication and hard work put forth by each employee inventory would not have been such a great success. Thanks for a job well done.

**ACTION TAKEN**

**DISTRIBUTION**
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.
☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

RECOMMENDED BY *Wesley Wood*    *11-6-90*
DEPARTMENT HEAD *Jerry Cosby*    *11-6-90*
OTHER

SIGNATURE                          DATE

WP-1157-CS

00415

## PERSONNEL NOTICE                    WestPoint Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|

| FACILITY ● *C44* | DEPARTMENT ● *065* | ROOM ● *WRAP & Pack* | SHIFT *1ST* | ◀ 1 - EMPLOYEE PROBLEM |
|---|---|---|---|---|

**TYPE OF NOTICE**
- ◀ 1 - EMPLOYEE PROBLEM
- 2 - EMPLOYEE COMPLAINT
- 3 - NOTICE OF CHANGE
- 4 - REQUEST FOR CHANGE
- 5 - EMPLOYEE REQUEST
- 6 - COMMENDATION
- 7 - MISCELLANEOUS NOTICE

SUPERVISOR *T. Strickland*          NOTICE DATE *11/6/89*

EFFECTIVE DATE OF CHANGE

**SITUATION IN BRIEF**

*Outstanding Job Performance*

**DETAILS**

*During The week ending 11/4/89, The Packing department sent A Record of 131,511 packed dozens To The warehouse. This is A Record for The number of packed dozen sent To The warehouse.*

*This Tremendous FEAT was Accomplished Through The hard work and Tremendous effort of each employee in The Packing department.*

*Packing management would like To commend each of you for your efforts and would like To Thank each for A Job well done. Also, Packing with in GREAT Shape for our inventory.*

**ACTION TAKEN**

*Thank Again*

**DISTRIBUTION**

| ☐ COST DEPT | ☐ VICE-PRESIDENT |
|---|---|
| ☐ DEPT. FILES | ☐ MANAGER |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER |
| ☐ OFFICE MANAGER | ☐ OVERSEER |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM |

RECOMMENDED BY

DEPARTMENT HEAD *Fred W. Wilson*          *11/6/89*

OTHER *Pete Strickland*          *11/6/89*

SIGNATURE          DATE

WP-1157-CS

Lee/WPH - 0127

## PERSONNEL NOTICE                                    West Point Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| Claude Lee | | | | 1 - EMPLOYEE PROBLEM |
| FACILITY 044 | DEPARTMENT 065 | ROOM WRAP & PACK | SHIFT 1 | 2 - EMPLOYEE COMPLAINT |
| | | | | 3 - NOTICE OF CHANGE |
| SUPERVISOR P. Strickland | | | NOTICE DATE 2/20/89 | 4 - REQUEST FOR CHANGE |
| | | | | 5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE | | | 6 | 6 - COMMENDATION |
| | | | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

"Outstanding Job Performance"

DETAILS

I would Like To Take This opportunity
To Thank each employee who worked Saturday
in The Set Operation. A Total of 17,821
Sets were packed. This number reflects on
The excellent Attitude and hard work produced
by All employees involved. Thanks To your
Self-Pride and your Pride in This company, Saturday's
Operation was a Tremendous Success To The Packing
department and WPP.

Again, Thank you for an excellent effort.

ACTION TAKEN

| DISTRIBUTION | | RECOMMENDED BY | 2/20/89 |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD | 2/20/89 |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | | |
| ☐ OFFICE MANAGER | ☐ OVERSEER | | |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE | DATE |

Lee/WPH - 0129

**PERSONAL NOTICE**    West Point Pepperell

[X] INITIATED BY COMPANY    [ ] AT REQUEST OF EMPLOYEE

EMPLOYEE: Claude Lee    EMPLOYEE NUMBER:    TYPE OF NOTICE

FACILITY 044    DEPARTMENT 65    ROOM    SHIFT 1st

SUPERVISOR: Keith Brady / Ruth Lawrence    NOTICE DATE 11-2-87

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE:
1 • EMPLOYEE PROBLEM
2 • EMPLOYEE COMPLAINT
3 • NOTICE OF CHANGE
4 • REQUEST FOR CHANGE
5 • EMPLOYEE REQUEST
6 • COMMENDATION
7 • MISCELLANEOUS NOTIC

**SITUATION IN BRIEF**

Outstanding Job Performance

**DETAILS**

The week of 10-31-87 was Inventory Week. During this week I saw the Packing Department pull together as a team like it never has before. Everybody in Packing performed to the best of their ability so that we could accomplish our goals. We kept the floor clean the entire week therefore making the entire Plant operate better because they had plenty of buggies. The attitude that this work was accomplished with was something to be proud of. Also, Everyone was cooperative which makes things run smooth. There was not a person in this Department who couldn't hold their head up & say with pride that I work in the Packing Department. We as Management are proud to be associated with such a fine Group of People so we want to say Thanks for a Job

**ACTION TAKEN**

well done

Thanks

**DISTRIBUTION**
- [ ] COST DEPT
- [ ] DEPT. FILES
- [ ] INDUSTRIAL RELATIONS
- [ ] OFFICE MANAGER
- [ ] PAYROLL DEPT.
- [ ] PERSONNEL DEPT.
- [ ] VICE-PRESIDENT
- [ ] MANAGER
- [ ] ASST. MANAGER
- [ ] OVERSEER
- [ ] PRODUCTION DEPT.
- [ ] SUPPLY ROOM

RECOMMENDED BY Keith Brady / Ruth Lawrence
DEPARTMENT HEAD Kent Whiddon
OTHER
SIGNATURE    DATE

Lee/WPH - 0136

## PERSONNEL NOTICE                    West Point Pepperell

☐ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| *Claude Lee* | | | |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| *Abbeville* | *65* | | *1st* |

| SUPERVISOR | NOTICE DATE |
|---|---|
| *Mike Riley* | *6-2-86* |

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE
◄ 1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

*6*

**SITUATION IN BRIEF**

*Eceptional Job Performance*

**DETAILS**

*Claude Lee is an excellent employee. He stays on his job And is A very alert person when it comes to informing his supervisor of any problems. He watches very closely for quality problems which will inturn insure our customer A top quality product. He has very good Attitude toward his job And fellow employees.*

**ACTION TAKEN**

**DISTRIBUTION**

☐ COST DEPT        ☐ VICE-PRESIDENT
☐ DEPT. FILES      ☐ MANAGER
☐ INDUSTRIAL RELATIONS ☐ ASST. MANAGER
☐ OFFICE MANAGER   ☐ OVERSEER
☐ PAYROLL DEPT.    ☐ PRODUCTION DEPT.
☐ PERSONNEL DEPT.  ☐ SUPPLY ROOM

WP-1157-CS

| RECOMMENDED BY | | |
|---|---|---|
| DEPARTMENT HEAD *Kent A. Riddle* | | *6-2-86* |
| OTHER *Mike Riley* | | *6-2-86* |
| SIGNATURE | | DATE |

Lee/WPP 0140

PERSONNEL NOTICE                    WestPoint Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| _Claude Lee_ | | | | 1 - EMPLOYEE PROBLEM |
| FACILITY | DEPARTMENT | ROOM | SHIFT | 2 - EMPLOYEE COMPLAINT |
| _Abbeville_ | _65_ | _Packing_ | _1st_ | 3 - NOTICE OF CHANGE |
| SUPERVISOR | | | NOTICE DATE | 4 - REQUEST FOR CHANGE |
| _Steve Ward / Tim Brannon_ | | | _9-4-85_ | 5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE | | | | 6 - COMMENDATION |
| _9-4-85_ | | | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

_"Job Well Done"_

DETAILS

_For the past several weeks the Packing Dept. has been put to the Test with numerous Rush orders and Deadlines. In order to reach our goals numerous people were called upon to go beyond the call of Duty. We think this employee should be commended for their efforts & Hard work._

ACTION TAKEN

_"Commendation Awarded"_

| DISTRIBUTION | | | RECOMMENDED BY |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | DEPARTMENT HEAD _Steve Ward_ _Tim Brannon_ |
| ☐ OFFICE MANAGER | ☐ OVERSEER | | |
| | ☐ PRODUCT | PT. _OTHER_ | |

Lee/WPH - 0144

## PERSONNEL NOTICE                    WestPoint Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| Claude G. Lee | | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| Abbeville | 65 | Packing | 1st |

**TYPE OF NOTICE**
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

| SUPERVISOR | NOTICE DATE |
|---|---|
| Steve Ward / Tim Brannon | 2-5-85 |

EFFECTIVE DATE OF CHANGE
2-5-85

**SITUATION IN BRIEF**

"Commendation"

**DETAILS**

Claude has been perfect in Attendance for the past year. We thought Claude should be commended for this Accomplishment.

**ACTION TAKEN**

**DISTRIBUTION**
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.

☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

RECOMMENDED BY  Tim Brannon

DEPARTMENT HEAD  Steve Ward

OTHER

SIGNATURE

DATE  2-5-85

WP-1157-CS

## PERSONNEL NOTICE                    West Point Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|

FACILITY *Abbeville*   DEPARTMENT *65*   ROOM    SHIFT *1st*

SUPERVISOR *Mike E. / Jim B.*   NOTICE DATE *2-6-84*   *6*

EFFECTIVE DATE OF CHANGE *2-6-84*

TYPE OF NOTICE
- 1 - EMPLOYEE PROBLEM
- 2 - EMPLOYEE COMPLAINT
- 3 - NOTICE OF CHANGE
- 4 - REQUEST FOR CHANGE
- 5 - EMPLOYEE REQUEST
- ⑥ - COMMENDATION
- 7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

Working a year without missing a Day.

**DETAILS**

The last Day Claude missed work was 8-12-81.
He is and should be commended for this record.
Claude is also a very good employee to work with and is will
liked in the Dept.

**ACTION TAKEN**

**DISTRIBUTION**
- ☐ COST DEPT.
- ☐ DEPT. FILES
- ☐ INDUSTRIAL RELATIONS
- ☐ OFFICE MANAGER
- ☐ PAYROLL DEPT.
- ☐ PERSONNEL DEPT.
- ☐ VICE-PRESIDENT
- ☐ MANAGER
- ☐ ASST. MANAGER
- ☐ OVERSEER
- ☐ PRODUCTION DEPT.
- ☐ SUPPLY ROOM

RECOMMENDED BY

DEPARTMENT HEAD *Michael Etheridge*   *4-6-84*

OTHER *Watts*

SIGNATURE                    DATE

WP-1157-CS

Lee/WPH   0149

## PERSONNEL NOTICE                          WestPoint Pepperell

☑ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|
| Claude Lee | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT | TYPE OF NOTICE |
|---|---|---|---|---|
| Abbeville | 105 | | 63 | 2 - EMPLOYEE COMPLAINT |

SUPERVISOR: Mike E / Diane C

NOTICE DATE: 5-3-83

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE:
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ 6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

Commendation for a job well done.

**DETAILS**

The week of 5-30-83 the sewing and Pfolding Dept. was on 9½ hrs a day and the packing Dept. was put on a 10½ hr. day. Each person in the packing Dept. should be comended for their hard work and getting the job done for this week. It took a team effort to get the job done and during the week I saw more team work from the Dept. than ever before.

**ACTION TAKEN**

| DISTRIBUTION | | RECOMMENDED BY |
|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | Michael Ethridge     5-3-83 |
| ☐ OFFICE MANAGER | ☐ OVERSEER | OTHER |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE          DATE |

WP-1187-CS