EXHIBITS "C"

MAR-21-06    05:26PM    FROM-EEOC B'HAM DISTRICT    2052122142    T-08P  P:02/02  Job-867

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 06-1169 |

EXHIBIT

_____ and EEOC

State or local Agency, if any

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Claude Gene Lee, Sr. | 334-585-2642 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 100 Murry Street, Abbeville, Al. 36310 | | 12-15-55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| West Point Stevens | 750 | 334-585-2211 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| Hwy. 27, Ozark Rd., Abbeville, Al. 36310 | | Henry |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☒ AGE |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ NATIONAL ORIGIN | | ☐ DISABILITY | ☐ OTHER (Specify) |

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)       LATEST (ALL)

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed at West Point Stevens for approximately twenty-nine years. Although I met all production requirments and expectations, I was continually harassed and treated unfairly as I was written up for lack of efficiency, however, my department was the only shift to meet certain production goals. The other two shifts, who were supervised by white males received no such disiplinary action. I also,feel, I have been pushed out based on my age. I was fired on March 10, 2006

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY - (When necessary for State and Local Requirments) Tom Ulcr    Exp. Feb. 15, 2009 |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT Claude Gene Lee SR. |
| 5-5-06        Claude Gene Lee SR. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date            Charging Party (Signature) | |

EEOC FORM 5 (10/94)



EXHIBIT B

# W E S T P O I N T   S T E V E N S

# BULLETIN

### CLAUDE LEE PROMOTED

We are pleased to announce the promotion of Claude Lee to the position of Supervisor, Third Shift, in the Packing Department effective March 1, 2000.

Claude began his employment with WestPoint Stevens on February 7, 1977, as a Packer in the Packing Department and has held several positions in that department since that time.

A native of Abbeville, Claude is a graduate of Abbeville High School.

Claude and his wife Joann reside in Abbeville and are the parents of two daughters, Tamela and Katrina, and a son Claude Jr.

In his new position Claude will report to Bob Turner.

We wish Claude much success as he assumes this responsibility.

## PERSONNEL NOTICE                                    **WestPoint Pepperell**

☒ INITIATED BY COMPANY       ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| FACILITY *044* | DEPARTMENT *65* | ROOM *Packing* | SHIFT 1st 2nd 3rd | 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE |
| SUPERVISOR *Bob Turner* | | | NOTICE DATE *5-21-01* | 6 — 4 - REQUEST FOR CHANGE<br>5 - EMPLOYEE REQUEST<br>⑥ COMMENDATION |
| EFFECTIVE DATE OF CHANGE | | | | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

Good Job on Rehandle

**DETAILS**

During the past two months packing has rehandled JCP during regular work time and overtime. The supervisors on all three shifts did a great job organizing + planning this rehandle. The rehandle was finished 2 weeks before the deadline. They also kept the floor going and empty baskets rolling out the door.

**ACTION TAKEN**

Let everyone involved know how much I appreciate the job they did.

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| ☐ COST DEPT. | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD *Bob Turner* | *5-21-01* |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | | |
| ☐ OFFICE MANAGER | ☐ OVERSEER | OTHER *Bubba ___* | *5-21-00* |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | SIGNATURE | DATE |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | | |

WP-1157-CS

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY   ☐ AT REQUEST OF ASSOCIATE

| ASSOCIATE *Claude Lee* | ASSOCIATE NUMBER | TYPE OF NOTICE |
|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT *65* | SHIFT *1 st* |
| SUPERVISOR *Mike Ethings* | NOTICE DATE *2-10-00* |
| EFFECTIVE DATE OF CHANGE *2-10-00* | |

TYPE OF NOTICE
1 - ASSOCIATE PROBLEM
2 - ASSOCIATE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - ASSOCIATE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

*6*

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked one year without missing a day of work. He is commended for a fine attendance record.*

**ACTION TAKEN**

*Went over the above with Claude.*

(Attach additional sheets as necessary)

**DISTRIBUTION**
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ HUMAN RESOURCES DEPT.

☐ VICE PRESIDENT
☐ GENERAL MANAGER
☐ MANAGER
☐ ASST. MANAGER
☐ DEPT. MANAGER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

| RECOMMENDED BY *Mike Ethings* | *2-10-00* |
|---|---|
| DEPARTMENT MANAGER *Bob Turner* | *2-21-00* |
| ASSOCIATE (if necessary) | |
| OTHER | |

SIGNATUR

LEE/WSPH   00415   0061

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY    ☐ AT REQUEST OF ASSOCIATE

| ASSOCIATE *Claude Lee* | ASSOCIATE NUMBER 33519 | TYPE OF NOTICE |
|---|---|---|

**FACILITY** *Abbeville*  **DEPARTMENT** 65  **SHIFT** 1ˢᵗ

**SUPERVISOR** *Mike Ethridge*  **NOTICE DATE** 3-10-99  6

**EFFECTIVE DATE OF CHANGE** 3-10-99

TYPE OF NOTICE
1 - ASSOCIATE PROBLEM
2 - ASSOCIATE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - ASSOCIATE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked one year with out missing a day of work. He is commended for such a fine Attendance record.*

**ACTION TAKEN**

*Went over the above with Claude.*

(Attach additional sheets as necessary)

**DISTRIBUTION**
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ HUMAN RESOURCES DEPT.

☐ VICE PRESIDENT
☐ GENERAL MANAGER
☐ MANAGER
☐ ASST. MANAGER
☐ DEPT. MANAGER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

RECOMMENDED BY *Michael Ethridge*    3-10-99

DEPARTMENT MANAGER *Claude Lee    Bob Turner*    3-12-99

ASSOCIATE (If necessary)

OTHER

SIGNATURE    DATES

WP-1157-CS REV 11/97

LEE/WPDH 00065

## PERSONNEL NOTICE

W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY    ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT 65 | SHIFT *1st* | 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE<br>4 - REQUEST FOR CHANGE<br>5 - EMPLOYEE REQUEST<br>6 - COMMENDATION<br>7 - MISCELLANEOUS NOTICE |
| SUPERVISOR *Mike Eldridge* | | NOTICE DATE *3-13-98* | |
| EFFECTIVE DATE OF CHANGE *3-13-58* | | | |

**SITUATION IN BRIEF**

*Perfect Attendance*

**DETAILS**

*Claude has worked one year without missing a day of work. He is commended for this fine attendance record.*

**ACTION TAKEN**

(Attach additional sheets as necessary)

| DISTRIBUTION | | | |
|---|---|---|---|
| ☐ COST DEPT. | ☐ VICE PRESIDENT | RECOMMENDED BY *Mike Eldridge* | *3-13-98* |
| ☐ DEPT. FILES | ☐ GENERAL MANAGER | DEPARTMENT MANAGER | *3-19-98* |
| ☐ INDUSTRIAL RELATIONS | ☐ MANAGER | | |
| ☐ OFFICE MANAGER | ☐ ASST. MANAGER | EMPLOYEE (If necessary) | |
| ☐ PAYROLL DEPT. | ☐ DEPT. MANAGER | | |
| ☐ HUMAN RESOURCES DEPT. | ☐ PRODUCTION DEPT. | OTHER | |
| | ☐ SUPPLY ROOM | | |

WP-1157-CS REV 4/96

SIGNATURE                    DATE

SWPH - 0071

## PERSONNEL NOTICE

### WESTPOINT STEVENS

☒ INITIATED BY COMPANY    ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE _Claude Lee_ | EMPLOYEE NUMBER | TYPE OF NOTICE |
| --- | --- | --- |
| FACILITY _Abbeville_    DEPARTMENT _65_ | SHIFT _1st_ | 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE |
| SUPERVISOR _Mike Ethridge_ | NOTICE DATE _3-13-97_ | 4 - REQUEST FOR CHANGE<br>5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE _3-13-97_ | | 6   6 - COMMENDATION<br>7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

_Perfect Attendance_

**DETAILS**

_Claude has worked a year without missing a day of work. He is commended for this fine attendance record._

**ACTION TAKEN**  _Went over the above with Claude._

(Attach additional sheets as necessary)

**DISTRIBUTION**

☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ HUMAN RESOURCES DEPT.

☐ VICE PRESIDENT
☐ GENERAL MANAGER
☐ MANAGER
☐ ASST. MANAGER
☐ DEPT. MANAGER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM
☐

| RECOMMENDED BY _Mike Ethridge_ | _3-13-97_ |
| --- | --- |
| DEPARTMENT MANAGER | _3-14-97_ |
| EMPLOYEE (if necessary) | |
| OTHER | |
| SIGNATURE | DATE |

LOTEPH - 0075

PERSONNEL NOTICE                                    W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claudia Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY *Abbeville* | DEPARTMENT *65*   ROOM   | SHIFT *1st* | ◄ 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE |
| SUPERVISOR *Mike Ethridge* | | NOTICE DATE *2-19-96* | 4 - REQUEST FOR CHANGE<br>5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE *2-19-96* | | *6* | ⑥ COMMENDATION<br>7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

*Perfect Attendance*

DETAILS

*Claudia has completed one year of work
without missing a day of work. He is commended
for this fine attendance record.*

ACTION TAKEN

*Went over the above with Claudia.*

| DISTRIBUTION | | RECOMMENDED BY *Mike Ethridge*   2/19/96 |
|---|---|---|
| ☐ COST DEPT. | ☐ VICE - PRESIDENT | DEPARTMENT HEAD   *3-1-96* |
| ☐ DEPT. FILES | ☐ MANAGER | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | OTHER |
| ☐ OFFICE MANAGER | ☐ OVERSEER | |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE                DATE |
| | ☐ | |

WP-1157-CS

PERSONNEL NOTICE                           W E S T P O I N T   S T E V E N S

☒ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|

| FACILITY *Abbeville* | DEPARTMENT 65 | ROOM | SHIFT 1 |

TYPE OF NOTICE
◄ 1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ - COMMENDATION
7 - MISCELLANEOUS NOTICE

SUPERVISOR *Mike Ethridge*

NOTICE DATE *3-7-95*

EFFECTIVE DATE OF CHANGE *3-7-95*

6

SITUATION IN BRIEF

*Perfect Attendance*

DETAILS

*Claude has completed a year without missing a day of work. He is to be commended for this fine attendance record.*

ACTION TAKEN

*Went over the above with Claude.*

| DISTRIBUTION | | RECOMMENDED BY *Mike Ethridge*   3-7-95 |
|---|---|---|
| ☐ COST DEPT. | ☐ VICE - PRESIDENT | |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD   3-10-95 |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | |
| ☐ OFFICE MANAGER | ☐ OVERSEER | OTHER |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE                    DATE |
| | ☐ | |

WP-1157-CS

**PERSONNEL NOTICE**                    **WestPoint Pepperell**

☑ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|
| FACILITY *Abbeville*   DEPARTMENT *65*   ROOM ●   SHIFT *1st* | | 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE<br>4 - REQUEST FOR CHANGE |
| SUPERVISOR *Mike E. Ethridge* | NOTICE DATE *3-14-94* | 5 - EMPLOYEE REQUEST<br>6 - COMMENDATION |
| EFFECTIVE DATE OF CHANGE | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

*Perfect Attendance*

DETAILS

*Claude has gone a year without missing a day of work. He is and should be commended for this fine attendance record.*

ACTION TAKEN

*Went over the above with Claude*

| DISTRIBUTION | | RECOMMENDED BY *Mike E. Ethridge*  3-14-94 |
|---|---|---|
| ☐ COST DEPT | ☑ VICE-PRESIDENT<br>☐ MANAGER | |
| ☐ DEPT. FILES | ☐ ASST. MANAGER | DEPARTMENT HEAD  3-14-94 |
| ☐ INDUSTRIAL RELATIONS | ☐ OVERSEER | |
| ☐ OFFICE MANAGER | ☐ PRODUCTION DEPT. | OTHER |
| ☐ PAYROLL DEPT. | ☐ SUPPLY ROOM | |
| ☐ PERSONNEL DEPT. | ☐ | SIGNATURE                    DATE |

## PERSONNEL NOTICE

**WestPoint Pepperell**

☒ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| _Claude Lee_ | | | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ● | ROOM | ● | SHIFT | |
|---|---|---|---|---|---|---|
| _Alexville_ | _65_ | | | | _1st_ | |

| SUPERVISOR | | | NOTICE DATE |
|---|---|---|---|
| _Mike Ethridge_ | | | _2-13-93_ |

EFFECTIVE DATE OF CHANGE

TYPE OF NOTICE

1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

### SITUATION IN BRIEF

_Perfect Attendance_
_(Commendation)_

### DETAILS

_Claude has gone a year without missing a day of work. He is and should be commended for this fine attendance record._

### ACTION TAKEN

_Went over the above with Claude_

ISTRIBUTION
☐ COST DEPT.
☐ DEPT. FILES
INDUSTRIAL RELATIONS
OFFICE MANAGER
PAYROLL DEPT.
PERSONNEL DEPT.
-1157-CS

☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM
☐

| RECOMMENDED BY | | DATE |
|---|---|---|
| _Mike Ethridge_ | | _2-13-93_ |
| DEPARTMENT HEAD | | |
| _Jerry Cosby_ | | _2-13-93_ |
| SIGNATURE | | DATE |

00415

Lee/WPH - .0101

## PERSONNEL NOTICE

**WestPoint Pepperell**

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| *Claude D. Lee* | | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| 044 | 65 | Parking | 1 |

SUPERVISOR  *Wesley Wood*

NOTICE DATE  2-8-92

EFFECTIVE DATE OF CHANGE  2-8-92

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

6

**SITUATION IN BRIEF**

"Perfect Attendance"

**DETAILS**

Claude had perfect attendance for the past year. This is very commendable. Thanks for a job well done.

**ACTION TAKEN**

**DISTRIBUTION**
☐ COST DEPT          ☐ VICE-PRESIDENT
☐ DEPT. FILES        ☐ MANAGER
☐ INDUSTRIAL RELATIONS  ☐ ASST. MANAGER
☐ OFFICE MANAGER     ☐ OVERSEER
☐ PAYROLL DEPT.      ☐ PRODUCTION DEPT.
☐ PERSONNEL DEPT.    ☐ SUPPLY ROOM

RECOMMENDED BY  *Wesley Wood*          2-8-92

DEPARTMENT HEAD  *Jerry Cosby*          2-10-92

OTHER

SIGNATURE          DATE

WP-56449

Lee/WPH  00415  0106

## PERSONNEL NOTICE                    West Point Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE Claude Lee | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| FACILITY 044 • DEPARTMENT 65 • ROOM Wrap & Pack | SHIFT 1st | | 1 - EMPLOYEE PROBLEM<br>2 - EMPLOYEE COMPLAINT<br>3 - NOTICE OF CHANGE<br>4 - REQUEST FOR CHANGE<br>5 - EMPLOYEE REQUEST<br>⑥ 6 - COMMENDATION<br>7 - MISCELLANEOUS NOTICE |
| SUPERVISOR Jincy Cosby    6-13-91 | NOTICE DATE | | |
| EFFECTIVE DATE OF CHANGE | | | |

SITUATION IN BRIEF

"Outstanding Job Performance"

DETAILS

Claude come in this morning on his 1st rotation L- Scaler 3rd shift had left the wrong label for the order that he was going to run, he caught this error if he hadn't caught this it would have been shipped wrong, checking this saved the company alot off money, because the customer would have sent it back to us.

"Good Job"

ACTION TAKEN

I talked to Claude and told him how I appreciate the fine job he done, and to keep up the good work.

| DISTRIBUTION | | | RECOMMENDED BY |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | | DEPARTMENT HEAD |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | | Jincy Cosby  6-13-91 |
| ☐ OFFICE MANAGER | ☐ OVERSEER | | OTHER |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | | SIGNATURE                DATE |

WP-1157-CS

00415

## PERSONNEL NOTICE

**WestPoint Pepperell**

☐ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|
| *Claude G. Lee* | | *33519* | 6 |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| *044* | *65* | *Packing* | *1* |

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

SUPERVISOR *Wesley Wood*

NOTICE DATE *2-12-91*

EFFECTIVE DATE OF CHANGE *2-12-91*

SITUATION IN BRIEF

*Perfect Attendance*

DETAILS

*Claude has worked from 2-7-90 thru 2-7-91 without missing a day from work. This is to be commended. Thanks for a job well done.*

ACTION TAKEN

DISTRIBUTION
☐ COST DEPT
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.
☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

RECOMMENDED BY *Wesley Wood*   *2-12-91*

DEPARTMENT HEAD *Jerry Carley*   *2-12-91*

OTHER

SIGNATURE          DATE

WP-1157-CS

00415

PERSONNEL NOTICE                                    WestPoint Pepperell

☒ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude S. Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|

| FACILITY | DEPARTMENT | ROOM | SHIFT | 6 |
|---|---|---|---|---|
| *044* | *65* | *Packing* | *1* | |

SUPERVISOR *Wesley Wood*                    NOTICE DATE *11-5-90*

EFFECTIVE DATE OF CHANGE *11-5-90*

TYPE OF NOTICE
6
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ - COMMENDATION
7 - MISCELLANEOUS NOTICE

SITUATION IN BRIEF

*"Outstanding Job Performance"*

DETAILS

*At this time I would like to thank each and every employee in the packing department for making inventory a great success. Without the dedication and hard work put forth by each employee inventory would not have been such a great success. Thanks for a job well done.*

ACTION TAKEN

DISTRIBUTION
☐ COST DEPT.
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.

☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM
☐

RECOMMENDED BY *Wesley Wood*        *11-6-90*
DEPARTMENT HEAD *Jerry Cosby*        *11-6-90*
OTHER

SIGNATURE                DATE

WP-1157-CS

00415

## PERSONNEL NOTICE

**WestPoint Pepperell**

☑ INITIATED BY COMPANY  ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | Claude Lee | EMPLOYEE NUMBER | TYPE OF NOTICE |

**TYPE OF NOTICE**
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

FACILITY: 044  DEPARTMENT: 065  ROOM: Wrap & Pack  SHIFT: 1st
SUPERVISOR: P. Strickland  NOTICE DATE: 11/6/89
EFFECTIVE DATE OF CHANGE

**SITUATION IN BRIEF**

Outstanding Job Performance

**DETAILS**

During the week ending 11/4/89, the Packing department sent a record of 131,511 packed dozens to the warehouse. This is a record for the number of packed dozen sent to the warehouse.

This tremendous feat was accomplished through the hard work and tremendous effort of each employee in the packing department.

Packing management would like to commend each of you for your efforts and would like to thank each for a job well done. Also, packing with in great shape for our inventory.

**ACTION TAKEN**

Thanx Again

**DISTRIBUTION**
☐ COST DEPT  ☐ VICE-PRESIDENT
☐ DEPT. FILES  ☐ MANAGER
☐ INDUSTRIAL RELATIONS  ☐ ASST. MANAGER
☐ OFFICE MANAGER  ☐ OVERSEER
☐ PAYROLL DEPT.  ☐ PRODUCTION DEPT.
☐ PERSONNEL DEPT.  ☐ SUPPLY ROOM

RECOMMENDED BY
DEPARTMENT HEAD  11/6/89
OTHER  11/6/89
SIGNATURE  DATE

Lee/WPH - 0127

**PERSONNEL NOTICE**                    West Point Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|---|
| Claude Lee | | | | | 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT | |
|---|---|---|---|---|
| 044 | 065 | WRAP & PACK | 1 | 2 - EMPLOYEE COMPLAINT |

| SUPERVISOR | NOTICE DATE | |
|---|---|---|
| P. Strickland | 2/20/89 | 3 - NOTICE OF CHANGE |

**TYPE OF NOTICE:**
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

EFFECTIVE DATE OF CHANGE

**SITUATION IN BRIEF**

"Outstanding Job Performance"

**DETAILS**

I would like to take this opportunity to thank each employee who worked Saturday in the Set Operation. A total of 17,821 Sets were packed. This number reflects on the excellent attitude and hard work produced by all employees involved. Thanks to your Self-Pride and your Pride in this company, Saturday's operation was a tremendous success to the Packing department and WPP.

Again, thank you for an excellent effort.

**ACTION TAKEN**

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | | 2/20/89 |
| ☐ DEPT. FILES | ☐ MANAGER | DEPARTMENT HEAD | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | | 2/20/89 |
| ☐ OFFICE MANAGER | ☐ OVERSEER | | |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | | |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | OTHER | |

SIGNATURE                    DATE

PERSONAL NOTICE                                    West Point Pepperell

[X] INITIATED BY COMPANY     [ ] AT REQUEST OF EMPLOYEE

| EMPLOYEE | *Claude Lee* | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|

6. 1 • EMPLOYEE PROBLEM
   2 • EMPLOYEE COMPLAINT
   3 • NOTICE OF CHANGE

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| 044 | 65 | | 1st |

   4 • REQUEST FOR CHANGE
   5 • EMPLOYEE REQUEST

| SUPERVISOR | | NOTICE DATE |
|---|---|---|
| *Keith Brady / Ruth Lawrence* | | 11-2-87 |

   6 COMMENDATION
   7 • MISCELLANEOUS NOTIC

EFFECTIVE DATE OF CHANGE

SITUATION IN BRIEF

### *Outstanding Job Performance*

DETAILS

The week of 10-31-87 was Inventory Week. During this week I saw the Packing Department Pull together as a team like it never has before. Everybody in Packing performed to the best of their Ability so that we could accomplish our Goals. We kept the floor clean the entire week therefore making the entire Plant operate Better Because they had plenty of Buggies. The Attitude that this work was accomplished with was something to Be Proud of Also, Everyone was cooperative which makes things Run Smooth. There was not a person in this Department who couldn't hold their head up & say with pride that I work in the Packing Department. We as Management Are Proud to Be Associated with Such a fine Group of People So we want to Say Thanks for a Job

ACTION TAKEN

Well done

*Thanks*

| DISTRIBUTION | | RECOMMENDED BY |
|---|---|---|
| [ ] COST DEPT | [ ] VICE-PRESIDENT | *Keith Brady / Ruth Lawrence* |
| [ ] DEPT. FILES | [ ] MANAGER | DEPARTMENT HEAD |
| [ ] INDUSTRIAL RELATIONS | [ ] ASST. MANAGER | *Kent Whidden* |
| [ ] OFFICE MANAGER | [ ] OVERSEER | OTHER |
| [ ] PAYROLL DEPT. | [ ] PRODUCTION DEPT. | |
| [ ] PERSONNEL DEPT. | [ ] SUPPLY ROOM | SIGNATURE            DATE |

Lee/WPH - 0136

## PERSONNEL NOTICE

**West Point Pepperell**

☐ INITIATED BY COMPANY     ☐ AT REQUEST OF EMPLOYEE

| | |
|---|---|
| EMPLOYEE *Claude Lee* | EMPLOYEE NUMBER |
| FACILITY *Abbeville*   DEPARTMENT *65*   ROOM   SHIFT *1st* | |
| SUPERVISOR *Mike Riley* | NOTICE DATE *6-2-86* |
| EFFECTIVE DATE OF CHANGE | |

**TYPE OF NOTICE**

1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

*6*

**SITUATION IN BRIEF**

*Eceptional Job Performance*

**DETAILS**

*Claude Lee is an excellent employee. He stays on his job And is a very alert person when it comes to informing his supervisor of any problems. He watches very closely for quality problems which will inturn insure our customer a top quality product. He has very good attitude toward his job And fellow employees.*

**ACTION TAKEN**

**DISTRIBUTION**

☐ COST DEPT
☐ DEPT. FILES
☐ INDUSTRIAL RELATIONS
☐ OFFICE MANAGER
☐ PAYROLL DEPT.
☐ PERSONNEL DEPT.

☐ VICE-PRESIDENT
☐ MANAGER
☐ ASST. MANAGER
☐ OVERSEER
☐ PRODUCTION DEPT.
☐ SUPPLY ROOM

| RECOMMENDED BY | |
|---|---|
| DEPARTMENT HEAD *Chat A Shildon* | *6-2-86* |
| OTHER *Mike Riley* | *6-2-86* |
| SIGNATURE | DATE |

WP-1157-CS

Lee/WPP 0140

**PERSONNEL NOTICE**                              West Point Pepperell

☑ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|
| Claude Lee | | | | 1 - EMPLOYEE PROBLEM |
| FACILITY | DEPARTMENT | ROOM | SHIFT | 2 - EMPLOYEE COMPLAINT |
| Abbeville | 65 | Packing | 1st | 3 - NOTICE OF CHANGE |
| SUPERVISOR | | NOTICE DATE | | 4 - REQUEST FOR CHANGE |
| Steve Ward / Tim Brannon | | 9-4-85 | | 5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE | | | | 6 - COMMENDATION |
| 9-4-85 | | | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

"Job Well Done"

DETAILS

For the past several weeks the Packing Dept. has been put to the Test with numerous Rush orders and Deadlines. In order to reach our goals numerous people were called upon to go beyond the call of Duty. We think This employee should be commended for their efforts & hardwork.

ACTION TAKEN

"Commendation Awarded"

| DISTRIBUTION | | | RECOMMENDED BY |
|---|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | | |
| ☐ DEPT. FILES | ☐ MANAGER | | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | DEPARTMENT HEAD  Steve Ward / Tim Brannon |
| ☐ OFFICE MANAGER | ☐ OVERSEER | | |
| | ☐ PRODUCTI | PT. ☐ OTHER | |

Lee/WPH - 0144

## PERSONNEL NOTICE

**WestPoint Pepperell**

[✓] INITIATED BY COMPANY   [ ] AT REQUEST OF EMPLOYEE

| EMPLOYEE | | | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|---|---|
| Claude G Lee | | | | | 1 - EMPLOYEE PROBLEM |
| FACILITY | DEPARTMENT | ROOM | SHIFT | | 2 - EMPLOYEE COMPLAINT |
| Abbeville | 65 | Packing | 1st | | 3 - NOTICE OF CHANGE |
| SUPERVISOR | | | NOTICE DATE | | 4 - REQUEST FOR CHANGE |
| Steve Ward / Tim Brannon | | | 2-5-85 | 6 | 5 - EMPLOYEE REQUEST |
| EFFECTIVE DATE OF CHANGE | | | | | 6 - COMMENDATION |
| 2-5-85 | | | | | 7 - MISCELLANEOUS NOTICE |

SITUATION IN BRIEF

"Commendation"

DETAILS

Claude has been perfect in Attendance for the past year. We thought Claude should be commended for this accomplishment.

ACTION TAKEN

| DISTRIBUTION | | | |
|---|---|---|---|
| [ ] COST DEPT | [ ] VICE-PRESIDENT | RECOMMENDED BY | Tim Brannon |
| [ ] DEPT. FILES | [ ] MANAGER | | |
| [ ] INDUSTRIAL RELATIONS | [ ] ASST. MANAGER | DEPARTMENT HEAD | Steve Ward |
| [ ] OFFICE MANAGER | [ ] OVERSEER | | |
| [ ] PAYROLL DEPT. | [ ] PRODUCTION DEPT. | OTHER | |
| [ ] PERSONNEL DEPT. | [ ] SUPPLY ROOM | | |
| WP-1157-CS | | SIGNATURE | DATE  2-5-85 |

Lee/WPH 0145

## PERSONNEL NOTICE                    **West Point Pepperell**

☑ INITIATED BY COMPANY        ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE *Claude Lee* | | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|---|

FACILITY *Abbeville*  DEPARTMENT *65*  ROOM  SHIFT *1*

SUPERVISOR *Mike E. & Jim B.*  NOTICE DATE *2-6-84*    6

EFFECTIVE DATE OF CHANGE *2-6-84*

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

**SITUATION IN BRIEF**

*Working a year without missing a day.*

**DETAILS**

*The last day Claude missed work was 8-12-81.*
*He is and should be commended for this record.*
*Claude is also a very good employee to work with and is will*
*liked in the Dept.*

**ACTION TAKEN**

**DISTRIBUTION**
☐ COST DEPT          ☐ VICE-PRESIDENT
☐ DEPT. FILES        ☐ MANAGER
☐ INDUSTRIAL RELATIONS ☐ ASST. MANAGER
☐ OFFICE MANAGER     ☐ OVERSEER
☐ PAYROLL DEPT.      ☐ PRODUCTION DEPT.
☐ PERSONNEL DEPT.    ☐ SUPPLY ROOM

RECOMMENDED BY

DEPARTMENT HEAD *Michael Ethridge    4-6-84*

OTHER *Watts*

SIGNATURE                              DATE

WP-1157-CS

Lee/WPH  00415  0149

PERSONNEL NOTICE                              WestPoint Pepperell

☑ INITIATED BY COMPANY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | EMPLOYEE NUMBER | TYPE OF NOTICE |
|---|---|---|
| Claude Lee | | ◁ 1 - EMPLOYEE PROBLEM |

| FACILITY | DEPARTMENT | ROOM | SHIFT |
|---|---|---|---|
| Ohtuville | 105 | | 63 |

TYPE OF NOTICE
1 - EMPLOYEE PROBLEM
2 - EMPLOYEE COMPLAINT
3 - NOTICE OF CHANGE
4 - REQUEST FOR CHANGE
5 - EMPLOYEE REQUEST
⑥ 6 - COMMENDATION
7 - MISCELLANEOUS NOTICE

| SUPERVISOR | NOTICE DATE |
|---|---|
| Mike E / Diane C | 5-3-83 |

EFFECTIVE DATE OF CHANGE

**SITUATION IN BRIEF**

Commendation for a job well done.

**DETAILS**

The week of 5-30-83 the sewing and folding Dept. was on 9½ hrs. a day and the packing Dept. was put on a 10½ hr. day. Each person in the packing Dept. should be commended for their hard work and getting the job done for this week. It took a team effort to get the job done and during the week I saw more team work from the Dept. than ever before.

**ACTION TAKEN**

| DISTRIBUTION | | |
|---|---|---|
| ☐ COST DEPT | ☐ VICE-PRESIDENT | RECOMMENDED BY |
| ☐ DEPT. FILES | ☐ MANAGER | |
| ☐ INDUSTRIAL RELATIONS | ☐ ASST. MANAGER | DEPARTMENT HEAD |
| ☐ OFFICE MANAGER | ☐ OVERSEER | Michael Ethridge    5-3-83 |
| ☐ PAYROLL DEPT. | ☐ PRODUCTION DEPT. | ☐ OTHER |
| ☐ PERSONNEL DEPT. | ☐ SUPPLY ROOM | SIGNATURE        DATE |

WP-1187-CS

Lee/WPH 0415 0152