EXHIBITS "D"

EXHIBIT B

## ABBEVILLE PLANT EMPLOYEE RELATIONS REPORT

Date: October - 05

| Department & Supervisor | Shift | Counseling Month | Counseling YTD | Warning Month | Warning YTD | Complaints Month | Complaints YTD | Commendations Month | Commendations YTD |
|---|---|---|---|---|---|---|---|---|---|
| **52 Flat Sheets** | | | | | | | | | |
| William Feggins | 1 | | | | | | | | |
| Mary H. Bradley | 1 | | | | | | | | 7 |
| Mary Reeves | 2 | | 4 | 1 | 1 | 1 | 1 | | 13 |
| Harold Brown | 3 | | 1 | | 1 | | | | 2 |
| **53 Fitted Sheets** | | | | | | | | | |
| Cheryl Turner | 1 | | | | | | | | |
| Nealie Nelson | 1 | | 7 | | 2 | | | | 6 |
| Gene Saulsberry | 2 | | 6 | | 1 | | | | |
| Latravia Horn | 3 | 7 | 10 | 3 | 17 | | | | 1 |
| **54 Pillowcases** | | | | | | | | | |
| Lamar Davis | 1 | | | | | | | | |
| Sara Frazier | 1 | | | | | | 2 | | 11 |
| Delilie Carruthers | 2 | | 3 | | | | 1 | | 3 |
| James Newman | 3 | 1 | 1 | 2 | 4 | | | | 11 |
| **61 Distribution** | | | | | | | | | |
| Tony Perry | 1 | | | | | | | | |
| Jerry Cosby | 1 | | | 1 | 1 | | | | 5 |
| Steve Ward | 1 | | 1 | | | | | | 1 |
| Donald Brown, Jr. | 2 | 1 | 6 | | 3 | | | | 7 |
| Kevin Ethridge | 3 | | | | 2 | | | | |
| **65 Wrap & Pack** | | | | | | | | | |
| Bob Turner | 1 | | | | | | | | |
| Clara Thomas | 1 | | | 1 | 1 | | | | 1 |
| Mike Ethridge | 1 | | | | | | | | |
| Billy W. Bedsole | 2 | | 3 | | 11 | | | 2 | 10 |
| Claude Lee | 3 | | 13 | 2 | 13 | | | | 7 |
| **66 General Room** | | | | | | | | | |
| Don Stinson | 1 | | | | | | | | |
| Ken Senesac | 1 | | | | | | | | |
| **67 Quality** | | | | | | | | | |
| Kent Whiddon | 1 | | | | | | | | |
| **68 COLUMBIA ANNEX** | | | | | | | | | |
| Gloria Williams | 1 | | | | | | | | |
| Brenda Bass | 1 | 1 | 1 | | | | | 1 | 5 |
| Margaret Hawkins | 2 | | 7 | 1 | 5 | | | | |
| Charles Young | 3 | 4 | 7 | 3 | 4 | | | | |
| **Office** | | | | | | | | | |
| Bubba Irvin | 1 | | | | | | | | |


*(handwritten asterisk/bracket marking rows 61 Distribution through 65 Wrap & Pack)*

EXHIBITS "E"



# WestPoint Stevens Inc.
## Abbeville Plant
## Job Descriptions

**Department:** All                                    **Date:** 4/11/07

**Job Title:** Supervisor

### Purpose of Job:
To coordinate all aspects of departmental production including: safety, quality, cost efficiency and projects by directing associates toward the completion of goals and objectives.

### Duties and Responsibilities:
1. Be familiar with, and abide by plant safety rules and procedures.
2. Maintenance of a safe working environment by conducting periodic inspections throughout the shift.
3. Responsibility for the quality and quantity level of units produced in the specific department.
4. Maintenance of production of stated capacities and establish goals to be worked toward with the department.
5. Insuring that all company and plant safety procedures are followed by all associates, if they are not, issuing disciplinary action where policies and procedures have been violated.
6. Working with the AS400 and the functions in the department assigned.

### Physical/Mental activities considered essential to job:
1. Walking continuously on concrete floors 8 - 12 hours per shift, 5 -7 days per week.
2. Occasionally, required to push buggies with a force of 10 - 20 pounds.
3. Lifting requirements of 40 lb. carried out from little to frequently.
4. Visual requirements of 20/50 for distance and 20/30 for near.
5. Working around equipment.
6. Possess necessary interpersonal skills for communicating with others and for working in groups.
7. Normal stress of supervising 40 - 60 associates in a production atmosphere.
8. Subject to moderate noise levels.
9. Reading, writing, filing and record keeping required.
10. Must be high school graduate or equivalent.

11. Withstand exposure to cloth fabric, cloth dye, nuisance dust and low level of formaldehyde.

*WestPoint Stevens has the discretion to change or modify job duties and essential functions at any time. Note further that this list of duties and essential elements is an attempt to adequately describe this job, but cannot be considered to be an exhaustive list.*

*Reviewed:*_____
*By:*_____

EXHIBITS "F"



EXHIBIT F

## PERSONNEL NOTICE

## WESTPOINT STEVENS

[X] INITIATED BY COMPANY   [ ] AT REQUEST OF ASSOCIATE

| ASSOCIATE: Mike Ethridge | ASSOCIATE NUMBER: | 1 - ASSOCIATE PROBLEM |
|---|---|---|
| FACILITY: 044 | DEPARTMENT: Packaging | SHIFT: 1st |
| | | 2 - ASSOCIATE COMPLAINT |
| | | 3 - NOTICE OF CHANGE |
| SUPERVISOR: | NOTICE DATE: 2.16.06 | 4 - REQUEST FOR CHANGE |
| | | 5 - ASSOCIATE REQUEST |
| EFFECTIVE DATE OF CHANGE: ASAP | | 6 - COMMENDATION |
| | | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**
Poor Job Performance

**DETAILS**
Your shift's 2 weeks average for weeks ending 2.5.06 and 2.12.06 was 97.9%. This should have exceeded 100% production efficiency for a 2 week average. You must immediately bring your efficiency up to 100% or greater. Part of this is a result of not properly monitoring your associates. There is an excessive waste of time and motion. They continue to use improper job methods even after the correct method has been given or even shown to them. There also needs to be an immediate increase in your problem solving of incorrect work flow through out the the department. There needs to be an improvement in the communication with the previous Supervisor for potential problems that may have occurred during the shift or even any issues that you find during your walk through, these need to be addressed immediately. You are being issued a Personnel Notice for Poor Job Performance.

**ACTION TAKEN**
Covered the above with Mike. Asked them if they needed any other guidance or assistance. Failure to meet these goals and guidelines immediately will result in Corrective Action which may include removal from your job.

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| [ ] COST DEPT. | [ ] VICE PRESIDENT | DEPARTMENT MANAGER | 2.16.06 |
| [ ] DEPT. FILES | [ ] GENERAL MANAGER | | |
| [ ] INDUSTRIAL RELATIONS | [ ] MANAGER | ASSOCIATE (if necessary) | |
| [ ] OFFICE MANAGER | [ ] ASST. MANAGER | | |
| [ ] PAYROLL DEPT. | [ ] DEPT. MANAGER | OTHER | |
| [ ] HUMAN RESOURCES DEPT. | [ ] SUPPLY ROOM | SIGNATURE: Mike Ethridge | DATES: 2-16-06 |

Lee/WPH - 0566

**PERSONNEL NOTICE**                                     WESTPOINT STEVENS

[X] INITIATED BY COMPANY   [ ] AT REQUEST OF ASSOCIATE

| ASSOCIATE | ASSOCIATE NUMBER | | |
|---|---|---|---|
| Billy Wayne Bedsole | | 1 | -ASSOCIATE PROBLEM |
| FACILITY: 044 | DEPARTMENT: Packaging | SHIFT: 2nd | 2 - ASSOCIATE COMPLAINT |
| | | | 3 - NOTICE OF CHANGE |
| SUPERVISOR | NOTICE DATE: 2.15.06 | | 4 - REQUEST FOR CHANGE |
| | | | 5 - ASSOCIATE REQUEST |
| EFFECTIVE DATE OF CHANGE: ASAP | | | 6 - COMMENDATION |
| | | | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**
Poor Job Performance

**DETAILS**
Your shift's 2 weeks average for weeks ending 2.5.06 and 2.12.06 was 94.4%. This should have exceeded 100% production efficiency for a 2 week average. You must immediately bring your efficiency up to 100% or greater. Part of this is a result of not properly monitoring your associates. There is an excessive waste of time and motion. They continue to use improper job methods even after the correct method has been given or even shown to them. There also needs to be an immediate increase in your problem solving of incorrect work flow through out the the department. There needs to be an improvement in the communication with the previous Supervisor for potential problems that may have occurred during the shift or even any issues that you find during your walk through, these need to be addressed immediately. You are being issued a Personnel Notice for Poor Job Performance.

**ACTION TAKEN**
Covered the above with Billy Wayne. Asked them if they needed any other guidance or assistance. Failure to meet these goals and guidelines immediately will result in Corrective Action which may include removal from your job.

| DISTRIBUTION | | RECOMMENDED BY | |
|---|---|---|---|
| [ ] COST DEPT. | [ ] VICE PRESIDENT | | |
| [ ] DEPT. FILES | [ ] GENERAL MANAGER | DEPARTMENT MANAGER | 2.15.06 |
| [ ] INDUSTRIAL RELATIONS | [ ] MANAGER | | |
| [ ] OFFICE MANAGER | [ ] ASST. MANAGER | ASSOCIATE (if necessary) Billy Bedsole | 2-15-06 |
| [ ] PAYROLL DEPT. | [ ] DEPT. MANAGER | | |
| [ ] HUMAN RESOURCES DEPT. | [ ] SUPPLY ROOM | OTHER | |
| | | SIGNATURE | DATES |