EXHIBITS "G"



**CONFIDENTIAL**



# WESTPOINT STEVENS

## SALARIED-EXEMPT PERFORMANCE REVIEW

NAME   Claude Lee
DEPARTMENT/POSITION TITLE   Wrap and Pack - Supervisor
FACILITY        044 - Abbeville
DIVISION and/or BUSINESS UNIT   Bed Products/Sheets
DATE LAST REVIEWED   1/13/2004
JSD   3/1/2000
RATING PERIOD   2005
PERFORMANCE RATING   MR
DATE COMPLETED   1-3-05

## GENERAL INSTRUCTIONS

| Timing: | A performance review is to be completed for each salaried-exempt associate annually between January 1 and January 31. It is the responsibility of each supervisor to prepare the performance review. |
|---|---|
| Procedure: | The associate's performance of assigned tasks and accountabilities should be rated with respect to the performance factors below, utilizing the following scale:<br><br>**S – Superior:** Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results.<br><br>**AR – Above Requirements:** Exceeds most job requirements. Job results are measurably higher than job requirements.<br><br>**MR – Meets Requirements:** Meets major job requirements. Performance is fully acceptable as demonstrated by job results.<br><br>**F – Fair:** Performance is slightly below what is expected in the position. Performance needs improvement.<br><br>**M – Marginal:** Fails to meet most job requirements. Performance requires immediate, substantial and sustained improvement. |
| Acknowledgement: | This appraisal has been reviewed with the associate. It is understood that the signature does not necessarily indicate agreement with the content of the review. |

Return to Table of Contents

Claude Lee

## I. MANAGEMENT SKILLS EVALUATION

After carefully evaluating individual's work performance in relation to current job requirements, check the appropriate box to indicate the associate's performance. Explanations of terms appear at the bottom of this page. If not applicable, indicate N/A.

| Management Skills (Evaluate the first two skills categories only if the associate has supervisory responsibility.) | Superior | Above Requirements | Meets Requirements | Fair | Marginal | Comments or Supportive Details (This section *must* be completed for *each* rating.) |
|---|---|---|---|---|---|---|
| **DEVELOPMENT OF SUBORDINATES** Ability to prepare subordinates for current positions, as well as for positions of greater responsibility. | ☐ | ☐ | ☒ | ☐ | ☐ | People are cross trained in different jobs. |
| **SUPERVISION/MANAGEMENT SKILLS** Ability to direct and control subordinates; ability to motivate and effectively coordinate the efforts of work groups. | ☐ | ☐ | ☒ | ☐ | ☐ | Claude needs to motivate his people a little stronger. Hold them responsible for their mistakes. |
| **STRATEGIC PLANNING/ORGANIZING** Ability to establish courses of action to accomplish specific goals. Allocation of resources, including setting priorities, meeting deadlines, anticipating problems | ☐ | ☐ | ☒ | ☐ | ☐ | Does a good job anticipating problems. Needs to work on keeping up with rush orders. |
| **JOB KNOWLEDGE** Technical knowledge and the level of competence required to be successful in the incumbent position. | ☐ | ☒ | ☐ | ☐ | ☐ | Claude knows every job in packing and what his people should be doing. |
| **QUALITY** Conformance to requirements re accuracy, thoroughness, acceptability of work performed. | ☐ | ☐ | ☒ | ☐ | ☐ | Quality is good but can be better needs to keep a check on his lines. |
| **COMMUNICATION SKILLS** Ability to clearly and persuasively express concepts, both orally and in writing; also, ability to influence others without direct authority. | ☐ | ☒ | ☐ | ☐ | ☐ | Keeps his associates well informed of any changes. |
| **INTERPERSONAL SKILLS** Ability to work cooperatively with subordinates, peers, superiors, and external contacts; ability to influence others without direct authority. | ☐ | ☐ | ☒ | ☐ | ☐ | Claude works well with his associates. Needs to work closer with warehouse leadman. |
| **ADMINISTRATIVE** Ability to satisfy all administrative components of position (i.e. timeliness, completeness, accuracy, documentation.) | ☐ | ☒ | ☐ | ☐ | ☐ | Safety reports and reviews always turned in on time. |
| **LEARNING CAPABILITIES; OTHER RELEVANT SKILLS** | ☐ | ☐ | ☒ | ☐ | ☐ | Has worked in packing for 28 years and knows what to do. |

PERFORMANCE EVALUATION RATING

| | |
|---|---|
| Superior | Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results. |
| Above Requirements | Exceeds most job requirements. Job results are measurably higher than job requirements. |
| Meets Requirements | Meets major job requirements. Performance is fully acceptable as demonstrated by job results. |
| Fair | Performance is slightly below what is expected in the position. Performance needs improvement. |
| Marginal | Fails to meet most job requirements. Performance requires immediate, substantial and sustained improvement. |

Return to Table of Contents

Claude Lee

**ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW**   **Strictly Private**
(This page to be completed by associate)

A. **ACCOMPLISHMENT SUMMARY** (Summarize your accomplishments versus goals in the past year.)

Set goal zero lost time accidents - had 0
Set goal zero recordables - had 1
Incident rate for department went from 0.74% to 1.6%  Plant average is 1.6%
Cost per dozen put up went from $0.60 to $0.56

B. **STRENGTHS/GROWTH** (Describe your strengths and how they changed in the past year.)

My strength for the past year are my abilities to be stronger with my employees in a way that is fair to each employee to their jobs to the best of their ability.

C. **IMPROVEMENT/DEVELOPMENT NEEDS/PLANS** (Identify most critical needs and responsive action plans.)

Computer classes for supervisors would be a good company asset. Companys are being run by computers and the more they can train employees to efficiently do their jobs and make the operation run smooth and easy.

D. **JOB/CAREER INTEREST** (If interested in a job change, list preference including position title, business unit, location. Specify any geographic limitations, desired timing, etc. Also describe long-term interest.)

I enjoy being a supervisor her at the Abbeville Plant. Head supervisor of one of the operations such as packing department is an interest of mine. I have worked in packing my entire career at the Abbeville Plant.

_Claude Lee_    1-3-05
Associate's Signature    Date

[Return to Table of Contents]

Claude Lee

## PLANNED PERSONAL OBJECTIVE FORM

### Why Set Objectives?

- Organizations work best when associates understand the organization's goals.
- Associates work best when they know what is expected of them.
- Objectives set the scene for performance review.

### Criteria for Evaluating a Performance Objective

| | |
|---|---|
| Understandable | clear and simple |
| Challenging | difficult enough to stimulate interest |
| Achievable | realistic enough so that it can be done |
| Measurable | capable of being seen and proven |
| Relevant | contributes to organizational/associate goals |

Annual performance objectives for each exempt associate will be developed and agreed upon by the associate and his/her immediate supervisor by January 1 of each year. The agreed-upon objectives should be recorded on the Planned Personal Objectives and Accomplishments for Salaried-Exempt Associate form and placed in the associate's file in the Human Resources department. These objectives should be periodically reviewed during the year and modified as necessary for changing circumstances.

Objectives should be specific, realistic and while not easy, attainable. Normally, there should be five significant objectives that are quantifiable.

Salaried-exempt associates who are hire, promoted or reassigned during the year should have new objectives established for the remaining months. These objectives should be established during the first month in the new job. The associate and immediate supervisor sign the bottom of the form.

Between January 1 and January 31 of the following year, the associate should complete the reverse side of the form to indicate accomplished objectives and review it with his/her manager. The associate and immediate supervisor sign the bottom of this form as well.

Return to Table of Contents

Claude Lee

## II. ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW
(This page to be completed by immediate manager)

A. **PERFORMANCE SUMMARY AND TREND** (Summarize your view of associate's accomplishments versus goals in the past year and indicate performance.)

> Lost time accidents was 0
> Had 1 recordable
> Incident rate for department went to 1.6%
> Cost per dozen goal was $0.50 had $0.56
> Lost work days was 0

B. **STRENGTHS/GROWTH** (Describe associates strengths and how they changed in the past year.)

> Claude strength is his job knowledge of wrap/pack, he has worked in packing for 28 years. This has helped Claude to relate better to his people.

C. **DEVELOPMENTAL RECOMMENDATIONS**
1. List Developmental Objectives and/or Skills To Improve based on overall performance rating and evaluation of management skills.
2. For any deficiencies noted on Management Skill Evaluation, planned development activity must be detailed here.
3. Developmental Objectives or Skills To Improve should be directly transferred onto next year's Objective Setting page.

| Developmental Objectives/Skills To Improve | Planned Developmental Activity |
|---|---|
| Attend more management classes | Given by company |
| Quality | Continue holding monthly meetings |
|  |  |
|  |  |
|  |  |

D. **FUTURE CAREER DISCUSSION**
Discuss associate's career goals and objectives. List any positions in which the associate expresses an interest. Refer to Human Resources Manager if indicated.

> Likes being a supervisor and is willing to move where he is needed.

E. **OVERALL PERFORMANCE RATING**
☐ Superior  ☐ Above Requirements  ☒ Meets Requirements  ☐ Fair  ☐ Marginal

F. **ASSOCIATE'S COMMENTS**

G. **SIGNATURES**

☐ Check if additional comments attached

Immediate Manager: *Bob Turner*  Date: 1-3-05
Reviewing Manager: *[signature]*  Date: 1-4-05
Associate's Initials: C.G.L.  Date: 1-3-05
Indicates that he/she read this appraisal and it has been discussed with him/her.

Return to Table of Contents

Lee/WPH - 0033

Claude Lee



# WESTPOINT STEVENS

## PLANNED PERSONAL OBJECTIVES AND ACCOMPLISHMENTS FOR SALARIED-EXEMPT ASSOCIATES

Claude Lee
Associate's Name (last, first, middle initial)

1-3-05
Date

Wrap and Pack - Supervisor
Title

Bed Products/Sheets
Division and/or Business Unit

**Planned Personal Objective Form**   1/1/2005   to   12/31/2005

Safety Goals
1. Had 1 recordable in 2004 - set goal of 0 for 2005.
2. Set incident rate for 2004 to 1.6% or better.
3. Doctored cses for 2004 was 0 set goal of 0.
4. Lost time accidents was 0 set same goal.
5. Lost work days 0 set same goal

Quality
1. Maintain fabrication defects of 0.06% or better
2. Hold monthly quality and production meeting with associates.

Production
1. Put up last in packing is $0.56 a dozen new goal is $0.55 a dozen.
2. Decrease absenteeism from 1.8% to 1.6%.

Claude Lee   *Claude Lee*
Associate's Signature

*Bob Turner*
Supervisor/Manager

1-3-05
Date

1-3-05
Date

(Note: All salaried-exempt associates supervising others must include in their goals their efforts in meeting EEO/AAP expectations.)

Please indicate target date for meeting each goal (1st, 2nd, 3rd and 4th quarter).

*Signatures above indicate agreement on goals and objectives at beginning of evaluation period.

[Return to Table of Contents]



CONFIDENTIAL



## WESTPOINT STEVENS

# SALARIED-EXEMPT PERFORMANCE REVIEW



JAN 30 2004

ENTERED

| | |
|---|---|
| NAME | Claude Lee  33519 |
| DEPARTMENT/POSITION TITLE | Wrap and Pack Supervisor |
| FACILITY | 044 - Abbeville |
| DIVISION and/or BUSINESS UNIT | Bed Products/Sheets |
| DATE LAST REVIEWED | 3-Jan  27th |
| JSD | 3/1/00 |
| RATING PERIOD | 2004 |
| PERFORMANCE RATING | MR   33856 (B.T.) |
| DATE COMPLETED | 1-13-04 |

## GENERAL INSTRUCTIONS

| | |
|---|---|
| Timing: | A performance review is to be completed for each salaried-exempt associate annually between January 1 and January 31. It is the responsibility of each supervisor to prepare the performance review. |
| Procedure: | The associate's performance of assigned tasks and accountabilities should be rated with respect to the performance factors below, utilizing the following scale:<br><br>**S - Superior:** Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results.<br>**AR - Above Requirements:** Exceeds most job requirements. Job results are measurably higher than job requirements.<br>**MR - Meets Requirements:** Meets major job requirements. Performance is fully acceptable as demonstrated by job results.<br>**F - Fair:** Performance is slightly below what is expected in the position. Performance needs improvement.<br>**M - Marginal:** Fails to meet most job requirements. Performance requires immediate, substantial and sustained improvement. |
| Acknowledgment: | This appraisal has been reviewed with the associate. It is understood that the signature does not necessarily indicate agreement with the content of the review. |

# WESTPOINT STEVENS

## PLANNED PERSONAL OBJECTIVES AND ACCOMPLISHMENTS FOR SALARIED-EXEMPT ASSOCIATES

**Name:** Claude Lee
**Date:** 14-Jan-04
**Title:** Wrap and Pack Supervisor
**Division and/or Business Unit:** Bed Products/Sheets

**Planned Personal Objectives From** January 1, 20 04 **to** December 31, 20 04

### Safety Goals
1. Had 1 recordable I in 2003, set goal of 0 for 2004
2. Set incident rate for 2004 to 1.5% or better
3. Doctored cases for 2003 was 0, set goal of 0 for 2004.
4. Lost time accidents was 0, set same goal.
5. Lost work days 0, set same goal.

### Quality
1. Maintain fabrication defects of 0.06% or better.
2. Hold monthly quality and production meeting with associates.

### Production
1. Put up last in packing is $0.60 a dozen - new goal is $0.50 a dozen.
2. Decrease absenteeism from 1.57% to 1.50%.

_Claude Lee_
**Associate**
1-13-04
**Date**

_B__ Turner_
**Supervisor/Manager**
1-13-04
**Date**

(Note: All salaried-exempt associates supervising others must include in their goals their efforts in meeting EEO/AAP expectations.)

Please indicate target date for meeting each goal (1st, 2nd, 3rd and 4th quarter).

*Signatures above indicate agreement on goals and objectives at beginning of evaluation period.

Lee/WPH - 0025

STRICTLY PRIVATE

# ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW

(This side to be completed by associate)

**Lee, Claude G.**
Name (Last, First, Middle Initial)

**33519**
Associate Number

**Wrap and Pack Supervisor**
Title

**Bed Products/Sheets**
Division and/or Business Unit

**ACCOMPLISHMENT SUMMARY** (Summarize your accomplishments versus goals in the past year.)

Set goal zero time accidents - had 0

Set goal zero recordables - had 1

Incident rate for department went from 2.5% to 0.74% - Plant average is 2.5%.

Cost per dozen put up went from $0.49 to $0.60.

**STRENGTHS/GROWTH** (Describe your strengths and how they changed in the past year.)

My strengths for the past year are my abilities to interact with my employees in a way that are fair to each employee to do their jobs to the best of their ability.

**IMPROVEMENT/DEVELOPMENT NEEDS/PLANS** (Identify most critical needs and responsive action plans.)

Computer classes for supervisors would be a good company asset. Companys are being run by computers and the more they can train the employees to efficiently do their job and make the operation run smooth and easy.

**JOB/CAREER INTEREST** (If interested in a job change, list preference including position title, business unit, location. Specify any geographic limitations, desired timing, etc. Also describe long-term interest.)

I enjoy being a supervisor here at the Abbeville Plant. Head Supervisor of one of the operations such as the packi are an interest of mine. I have worked in packing my entire career at the Abbeville Plant.

*Claude Lee*
Associate's Signature

1-13-04
Date

Lee/WPH - 0026

## I. MANAGEMENT SKILLS EVALUATION

After carefully evaluating individual's work performance in relation to current job requirements, check the appropriate box to indicate the associate's performance. Explanation of terms appear at the bottom of this page. If not applicable, indicate N/A.

| Management Skills (Evaluate the first two skills categories only if the associate has supervisory responsibility.) | SUPERIOR | ABOVE REQUIREMENTS | MEETS REQUIREMENTS | FAIR | MARGINAL | Comments or Supportive Details (This section *must* be completed for *each* rating.) |
|---|---|---|---|---|---|---|
| **DEVELOPMENT OF SUBORDINATES** Ability to prepare subordinates for current positions, as well as for positions of greater responsibility. | | | X | | | People are well trained in different jobs. |
| **SUPERVISION/MANAGEMENT SKILLS** Ability to direct and control subordinates, ability to motivate and effectively coordinate the efforts of work groups. | | | X | | | Claude has improved in this area but still work to be done. |
| **STRATEGIC PLANNING/ORGANIZING** Ability to establish courses of action to accomplish specific goals. Allocation of resources, including setting priorities, meeting deadlines, anticipating problems. | | | X | | | Does a good job looking ahead. Keeps up on all rush items. |
| **JOB KNOWLEDGE** Technical knowledge and the level of competence required to be successful in the incumbent position. | | X | | | | Worked in Wrap/Pack for 27 years |
| **QUALITY** Conformance to requirements re accuracy, thoroughness, acceptability of work performed. | | | X | | | Very few quality issues from his shift. |
| **COMMUNICATION SKILLS** Ability to clearly and persuasively express concepts, both orally and in writing; also, ability to listen effectively, grasp ideas and instructions. | | | X | | | Claude is able to take hold of any ideas or instructions given him. |
| **INTERPERSONAL SKILLS** Ability to work cooperatively with subordinates, peers, superiors, and external contacts; ability to influence others without direct authority. | | | X | | | Works well with everyone |
| **ADMINISTRATIVE** Ability to satisfy all administrative components of position (i.e. timeliness, completeness, accuracy, documentation). | | X | | | | Keeps up with all reports and reviews are always on tin |
| **LEARNING CAPABILITIES/OTHER RELEVANT SKILLS (List)** | | | X | | | Claude has been a supervisor for 2 years and is learnin more. |

## PERFORMANCE EVALUATION RATING

| | |
|---|---|
| SUPERIOR | Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results. |
| ABOVE REQUIREMENTS | Exceeds most job requirements. Job results are measurably higher than job requirements. |
| MEETS REQUIREMENTS | Meets major job requirements. Performance is fully acceptable as demonstrated by job results |
| FAIR | Performance is slightly below what is expected in the position. Performance needs improvement. |
| MARGINAL | Fails to meet major job requirements. Performance requires immediate, substantial and sustained improvement. |

2

Lee/WPH - 0027

## II. ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW

(This side to be completed by immediate manager)

Lee, Claude
Associate's Name (last, first, middle initial)

**A. PERFORMANCE SUMMARY AND TREND** (Summarize your view of associate's accomplishments versus goals in the past year and indicate performance.)

Set goal for 0 recordables - had 1

Set incident rate at 1.5% - had 0.64%

Doctored cases was 0 - had 1

Set goal for 0 last days and accidents had 0

Goal for put up cost was $0.48 was $0.60. Absenteeism went from 2.45% to 1.57%. Fabric defect was 0.07% goal was 0.06%.

(continue on the back in necessary)

**B. STRENGTHS/GROWTH** (Describe associate's strengths and how they changed in the past year.)

Claude is always on time turning in reports and reviews. He has learned a lot this past year in what is expected of his associates and him. There have been a lot of changes this year on how we pack sets and he has been able to adapt.

(continue on the back in necessary)

**C. DEVELOPMENTAL RECOMMENDATIONS**
1. List Developmental Objectives and/or Skills To Improve based on overall performance rating and evaluation of management skills.
2. For any deficiencies noted on Management Skill Evaluation, planned development activity must be detailed here.
3. Developmental Objectives or Skills To Improve should be directly transferred onto next year's Objective Setting page.

| Developmental Objective/Skills To Improve | Planned Developmental Activity |
|---|---|
| Attend more management skill classes. | Given by company. |
|  |  |
|  |  |
|  |  |
|  |  |

**D. FUTURE CAREER DISCUSSION**

Discuss associate's career goals and objectives. List any positions in which the associate expresses an interest. Refer to Human Resources Manager if indicated.

Comments: Shows interest in being a Department Manager.

**E. OVERALL PERFORMANCE RATING** (Transfer performance rating to page 1 [front] of form)

_____ Superior   _____ Above Requirements   X Meets Requirements   _____ Fair   _____ Marginal

**F. ASSOCIATE'S COMMENTS**

**G. SIGNATURES**                                         ☐ Check if additional comments attached.

Bob Turner                  1-13-04           C. L.           1-13-04
Immediate Manager           Date              Associate's initials indicate    Date
                                              that he/she read this
_____           1-22-04           appraisal and it has been
Reviewing Manager           Date              discussed with him/her.

3

Lee/WPH - 0028



C



WESTPOINT STEVENS

# SALARIED-EXEMPT PERFORMANCE REVIEW

| | |
|---|---|
| NAME | **CLAUDE LEE** |
| DEPARTMENT/POSITION TITLE | **SUPERVISOR** |
| FACILITY | **044 - ABBEVILLE** |
| DIVISION and/or BUSINESS UNIT | **BED PRODUCTS/SHEETS** |
| DATE LAST REVIEWED | **January 1, 2002** |
| JSD | **March 1, 2000** |
| RATING PERIOD | 2003 |
| PERFORMANCE RATING | MR |
| DATE COMPLETED | 1-27-03 |

## GENERAL INSTRUCTIONS

| | |
|---|---|
| Timing: | A performance review is to be completed for each salaried-exempt associate annually between January 1 and January 31. It is the responsibility of each supervisor to prepare the performance review. |
| Procedure: | The associate's performance of assigned tasks and accountabilities should be rated with respect to the performance factors below, utilizing the following scale:<br><br>**S - Superior:** Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results.<br>**AR - Above Requirements:** Exceeds most job requirements. Job results are measurably higher than job requirements.<br>**MR - Meets Requirements:** Meets major job requirements. Performance is fully acceptable as demonstrated by job results.<br>**F - Fair:** Performance is slightly below what is expected in the position. Performance needs improvement.<br>**M - Marginal:** Fails to meet most job requirements. Performance requires immediate, substantial and sustained improvement. |
| Acknowledgment: | This appraisal has been reviewed with the associate. It is understood that the signature does not necessarily indicate agreement with the content of the review. |

## I. MANAGEMENT SKILLS EVALUATION

After carefully evaluating individual's work performance in relation to current job requirements, check the appropriate box to indicate the associate's performance. Explanation of terms appear at the bottom of this page. If not applicable, indicate N/A.

| Management Skills (Evaluate the first two skills categories only if the associate has supervisory responsibility.) | SUPERIOR | ABOVE REQUIREMENTS | MEETS REQUIREMENTS | FAIR | MARGINAL | Comments or Supportive Details — This section *must* be completed for *each* rating. |
|---|---|---|---|---|---|---|
| **DEVELOPMENT OF SUBORDINATES** Ability to prepare subordinates for current positions, as well as for positions of greater responsibility. | | | X | | | MANY OF CLAUDE'S ASSOCIATES ARE CROSS TRAINED FOR DIFFERENT JOBS. |
| **SUPERVISION/MANAGEMENT SKILLS** Ability to direct and control subordinates, ability to motivate and effectively coordinate the efforts of work groups. | | | | X | | THIS IS ONE AREA CLAUDE NEEDS TO WORK ON - COORDINATE THE WORK LOAD AND UTILIZING HIS PEOPLE. |
| **STRATEGIC PLANNING/ORGANIZING** Ability to establish courses of action to accomplish specific goals. Allocation of resources, including setting priorities, meeting deadlines, anticipating problems. | | | X | | | LOOKS AHEAD FOR ANY POTENTIAL PROBLEMS BEFORE THEY HAPPEN. |
| **JOB KNOWLEDGE** Technical knowledge and the level of competence required to be successful in the incumbent position. | | | X | | | CLAUDE HAS WORKED FOR THE COMPANY FOR 26 YEARS - HIS JOB KNOWLEDGE IS STRONG |
| **QUALITY** Conformance to requirements re: accuracy, thoroughness, acceptability of work performed. | | X | | | | VERY GOOD QUALITY WORK FROM HIS PEOPLE |
| **COMMUNICATION SKILLS** Ability to clearly and persuasively express concepts, both orally and in writing; also, ability to listen effectively, grasp ideas and instructions. | | | X | | | ALWAYS FOLLOWS OUT ANY INSTRUCTIONS GIVEN TO HIM WITH FEED BACK. |
| **INTERPERSONAL SKILLS** Ability to work cooperatively with subordinates, peers, superiors, and external contacts; ability to influence others without direct authority. | | | X | | | GETS ALONG WELL WITH FELLOW SUPERVISORS AND HIS PEOPLE SEEM TO RESPECT HIM. |
| **ADMINISTRATIVE** Ability to satisfy all administrative components of position (i.e. timeliness, completeness, accuracy, documentation). | | | X | | | TURNS HIS REPORTS AND REVIEWS IN ON TIME. |
| **LEARNING CAPABILITIES/OTHER RELEVANT SKILLS** | | | X | | | CLAUDE IS LEARNING MORE EACH DAY OF WHAT IS EXPECTED IN SAFETY AND QUALITY AND PRODUCTION. |

### PERFORMANCE EVALUATION RATING

| | |
|---|---|
| SUPERIOR | Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results. |
| ABOVE REQUIREMENTS | Exceeds most job requirements. Job results are measurably higher than job requirements. |
| MEETS REQUIREMENTS | Meets major job requirements. Performance is fully acceptable as demonstrated by job results |
| FAIR | Performance is slightly below what is expected in the position. Performance needs improvement. |
| MARGINAL | Fails to meet major job requirements. Performance requires immediate, substantial and sustained improvement. |

2

Lee/WPH - 0020