# II. ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW

(This side to be completed by immediate manager)

LEE, CLAUDE G.
Associate's Name (last, first, middle initial)

**A. PERFORMANCE SUMMARY AND TREND** (Summarize your view of associate's accomplishments versus goals in the past year and indicate performance.)

SET GOAL FOR 0 RECORDABLE'S - HAD 0

SET INCIDENT RATE FOR 2.5% - HAD 0.74% PLANT AVERAGE IS 2.5%

SET GOAL FOR 0 DOCTORED CASES - HAD 0

SET GOAL FOR 0 LOST WORK DAYS AND ACCIDENTS - HAD 0

PUT UP COST WENT FROM $.51 PER DOZEN TO $.49 - GOAL WAS $.48.  ABSENTEEISM WENT FROM 2.94% TO 2.45% GOAL WAS 2.5%.

(continue on the back in necessary)

**B. STRENGTHS/GROWTH** (Describe associate's strengths and how they changed in the past year.)

CLAUDE IS LEARNING MORE EACH DAY. HE IS IMPROVING ON HIS RELATIONSHIP WITH HIS ASSOCIATES. HE SEEMS TO HAVE THEIR RESPECT

AND THIS WILL HELP HIM GROW TO BE A GOOD SUPERVISOR.

(continue on the back in necessary)

**C. DEVELOPMENTAL RECOMMENDATIONS**
1. List Developmental Objectives and/or Skills To Improve based on overall performance rating and evaluation of management skills.
2. For any deficiencies noted on Management Skill Evaluation, planned development activity must be detailed here.
3. Developmental Objectives or Skills To Improve should be directly transferred onto next year's Objective Setting page.

| Developmental Objective/Skills To Improve | Planned Developmental Activity |
|---|---|
| CONTINUE TO DEVELOP SUPERVISOR SKILLS | COMPANY SPONSORED CLASSES |
| QUALITY AND PRODUCTION | HOLD MONTHLY MEETINGS IN QUALITY AND PRODUCTION |
|  |  |
|  |  |
|  |  |

**D. FUTURE CAREER DISCUSSION**
Discuss associate's career goals and objectives. List any positions in which the associate expresses an interest. Refer to Human Resources Manager if indicated.

Comments: Claude enjoys being a supervisor in Packing. Future career goals is to be a Dept Manager.

**E. OVERALL PERFORMANCE RATING** (Transfer performance rating to page 1 [front] of form)

____ Superior    ____ Above Requirements    __X__ Meets Requirements    ____ Fair    ____ Marginal

**F. ASSOCIATE'S COMMENTS**

CLAUDE HAS EXPRESSED INTEREST IN BECOMING A DEPARTMENT MANAGER IN ANY OF THE PRODUCTION DEPARTMENTS.

**G. SIGNATURES**                                     ☐ Check if additional comments attached.

*Bob Turner*                    1-27-03        *C.L.*            1-27-03
Immediate Manager                Date          Associate's initials indicate    Date
                                                that he/she read this
*[signature]*                   1-31-03        appraisal and it has been
Reviewing Manager                Date          discussed with him/her.

3

| WESTPOINT STEVENS | PLANNED PERSONAL OBJECTIVES AND ACCOMPLISHMENTS FOR SALARIED-EXEMPT ASSOCIATES |
|---|---|
| Name: CLAUDE LEE | Date: 10-Jan-03 |
| Title: SUPERVISOR | Division and/or Business Unit: BED PRODUCTS/SHEETS |

Planned Personal Objectives From    1-Jan-03    to    31-Dec-03

SAFETY GOALS:

4TH QUARTER HAD 0 RECORDABLES IN 2002 SET GOAL OF 0 FOR 2003

4TH QUARTER SET INCIDENT RATE FOR 2003 TO 1.5% OR BETTER

4TH QUARTER DOCTORED CASES FOR 2002 WAS 0 SET GOAL OF 0 FOR 2003

4TH QUARTER LOST TIME ACCIDENTS WAS 0 SET SAME GOAL FOR 2003

4TH QUARTER LOST WORK DAYS 0 SET SAME GOAL FOR 2003.

QUALITY

1) MAINTAIN FABRICATION DEFECTS OF 0.06% OR BETTER.  2) HOLD MONTHLY QUALITY AND PRODUCTION MEETINGS WITH ASSOCIATES.

PRODUCTION

1)  PUT UP LAST IN PACKING IS $0.49 A DOZEN NEW GOAL IS $0.48 A DOZEN.  2)  DECREASE ABSENTEEISM FROM 2.5% TO 2.4%.

*Claude Lee*
Associate

*Bob Turner*
Supervisor/Manager

1-27-03
Date

1-27-03
Date

(Note: All salaried-exempt associates supervising others must include in their goals their efforts in meeting EEO/AAP expectations.)

Please indicate target date for meeting each goal (1st, 2nd, 3rd and 4th quarter).

*Signatures above indicate agreement on goals and objectives at beginning of evaluation period.

<u>STRICTLY PRIVATE</u>

# ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW

(This side to be completed by associate)

**LEE, CLAUDE G.**
Name (Last, First, Middle Initial)

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
Social Security Number

**SUPERVISOR**
Title

**BED PRODUCTS/SHEETS**
Division and/or Business Unit

**ACCOMPLISHMENT SUMMARY** (Summarize your accomplishments versus goals in the past year.)

SET GOAL ZERO LOST TIME ACCIDENTS - MET GOAL

SET GOAL ZERO RECORDABLES - HAD ZERO

INCIDENT RATE FOR DEPARTMENT WENT FROM 2.89% TO 0.74% PLANT AVERAGE IS 2.5%

COST PER DOZEN IN PUT UP WENT FROM $0.51 TO $0.49

ABSENTEEISM WAS 2.4% FOR 2002

**STRENGTHS/GROWTH** (Describe your strengths and how they changed in the past year.)

MY STRENGTHS FOR THE PAST YEAR ARE MY ABILITIES TO INTERACT WITH MY EMPLOYEES IN A WAY THAT ARE FAIR TO EACH EMPLOYEE. MOTI\
TO DO THEIR JOBS TO THE BEST OF THEIR ABILITY

**IMPROVEMENT/DEVELOPMENT NEEDS/PLANS** (Identify most critical needs and responsive action plans.)

COMPUTER CLASSES FOR SUPERVISORS WOULD BE A GOOD COMPANY ASSET. COMPANYS ARE BEING RUN BY COMPUTERS AND THE

MORE THEY CAN TRAIN THEIR EMPLOYEES TO EFFICIENTLY DO THEIR JOBS AND MAKE THE OPERATION RUN SMOOTH AND EASY.

**JOB/CAREER INTEREST** (If interested in a job change, list preference including position title, business unit, location. Specify any geographic limitations, desired timing, etc. Also describe long-term interest.)

I ENJOY BEING A SUPERVISOR HERE AT THE ABBEVILLE PLANT. HEAD SUPERVISOR OF ONE OF THE OPERATIONS, SUCH AS THE PAC

AN INTEREST OF MINE. I HAVE WORKED IN PACKING MY ENTIRE CAREER AT THE ABBEVILLE PLANT.

*Claude Lee*
Associate's Signature

1-27-03
Date

Lee/WPH - 0023

CONFIDENTIAL





FEB -7 2002
ENTERED

## WESTPOINT STEVENS

# SALARIED-EXEMPT PERFORMANCE REVIEW

NAME _____ Claude Lee  33519_____

DEPARTMENT/POSITION TITLE  _Wrap and Pack Supervisor_

FACILITY _044 - Abbeville_

DIVISION and/or BUSINESS UNIT    _Bed Products/Sheets_

DATE LAST REVIEWED _____

JSD   _3/1/00_

RATING PERIOD   _2002_

PERFORMANCE RATING   _MR_   _33856_

DATE COMPLETED   _1-15-02_

## GENERAL INSTRUCTIONS

| | |
|---|---|
| Timing: | A performance review is to be completed for each salaried-exempt associate annually between January 1 and January 31. It is the responsibility of each supervisor to prepare the performance review. |
| Procedure: | The associate's performance of assigned tasks and accountabilities should be rated with respect to the performance factors below, utilizing the following scale:<br><br>**S - Superior:** Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results.<br>**AR - Above Requirements:** Exceeds most job requirements. Job results are measurably higher than job requirements.<br>**MR - Meets Requirements:** Meets major job requirements. Performance is fully acceptable as demonstrated by job results.<br>**F - Fair:** Performance is slightly below what is expected in the position. Performance needs improvement.<br>**M - Marginal:** Fails to meet most job requirements. Performance requires immediate, substantial and sustained improvement. |
| Acknowledgment: | This appraisal has been reviewed with the associate. It is understood that the signature does not necessarily indicate agreement with the content of the review. |

| WESTPOINT STEVENS | PLANNED PERSONAL OBJECTIVES AND ACCOMPLISHMENTS FOR SALARIED-EXEMPT ASSOCIATES |
|---|---|
| **Name:** Claude G. Lee | **Date:** 1/9/02 |
| **Title:** Supervisor | **Division and/or Business Unit:** Bed Products/Sheets |

**Planned Personal Objectives From**   1-Jan-02   **to**   31-Dec-02

**Safety Goals**

4th quarter had 1 recordable in 2001, set goal of 0 for 2002.

4th quarter set incident rate for 2002 to 25 or better

4th quarter doctored cases for 2001 was 1 - set goal of 0 2002.

4th quarter lost time accidents was 0 set same goal for 2002.

4th quarter lost work days 0 - set same goal for 2002

**Quality**

1) Maintain fabrication defects of 0.06% or better. Hold monthly quality meeting on my shift.

2) Put up last year in packing was $0.51 a dozen, new goal is $0.48 a dozen.

3) Decrease absenteeism from 2.94% to 2.5%

*[signed] Claude Lee*
**Associate**
1-9-02
**Date**

*[signed] Bob Turner*
**Supervisor/Manager**
1-15-02
**Date**

(Note: All salaried-exempt associates supervising others must include in their goals their efforts in meeting EEO/AAP expectations.)

Please indicate target date for meeting each goal (1st, 2nd, 3rd and 4th quarter).

*Signatures above indicate agreement on goals and objectives at beginning of evaluation period.

Lee/WPH - 0015

STRICTLY PRIVATE

# ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW

(This side to be completed by associate)

_Lee, Claude G._
Name (Last, First, Middle Initial)

_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_
Social Security Number

_Supervisor_
Title

_Bed Products/Sheets_
Division and/or Business Unit

**ACCOMPLISHMENT SUMMARY** (Summarize your accomplishments versus goals in the past year.)

_Set goal of 0 lost time accidents - met goal_

_Set goal of 0 recordables - had 1_

_Incident rate for department went from 3.86 to 2.89_

_Cost per dozen in put up went from $0.54 to $0.51_

_Absenteeism was 2.94 for 2001_

**STRENGTHS/GROWTH** (Describe your strengths and how they changed in the past year.)

_My strengths for the past year are my abilities to interact with my associates in a way that are fair to each employee._

_Motivate associates to do their jobs the best of their ability._

**IMPROVEMENT/DEVELOPMENT NEEDS/PLANS** (Identify most critical needs and responsive action plans.)

_Computer classes for supervisors would be a good company asset. Companies are being run by computers and the more they can train their associates to efficiently do their jobs and make the operation run smooth and easy._

**JOB/CAREER INTEREST** (If interested in a job change, list preference including position title, business unit, location. Specify any geographic limitations, desired timing, etc. Also describe long-term interest.)

_I enjoy being a supervisor here at the Abbeville Plant. Head supervisor or one of the operations, such as the packir is an interest of mine. I have worked in packing my entire career at the Abbeville Plant._

_Claude Lee_
Associate's Signature

_1-9-02_
Date

Lee/WPH - 0016

## I. MANAGEMENT SKILLS EVALUATION

After carefully evaluating individual's work performance in relation to current job requirements, check the appropriate box to indicate the associate's performance. Explanation of terms appear at the bottom of this page. If not applicable, indicate N/A.

**Management Skills**

(Evaluate the first two skills categories only if the associate has supervisory responsibility)

| Management Skill | Superior | Above Requirements | Meets Requirements | Fair | Marginal | Comments or Supportive Details |
|---|---|---|---|---|---|---|
| DEVELOPMENT OF SUBORDINATES: Ability to prepare subordinates for current positions as well as for positions of greater responsibility. | | | X | | | People are well trained in different jobs. |
| SUPERVISION/MANAGEMENT SKILLS: Ability to direct and control subordinates; ability to motivate and effectively coordinate the efforts of work groups. | | | X | | | Needs a little more effort in keeping his people motivated. |
| STRATEGIC PLANNING/ORGANIZING: Ability to establish courses of action to accomplish specific goals. Allocation of resources, including setting priorities, meeting deadlines, anticipating problems. | | X | | | | Stays alert watching for any problems that may arise. Keeps up with all rush items |
| JOB KNOWLEDGE: Technical knowledge and level of competence required for success in incumbent position. | | | X | | | Claude is learning more each day. |
| QUALITY: Conformance to requirements re: accuracy, thoroughness, acceptability of work performed. | | | X | | | Still learning what is acceptable in quality from management stand point. |
| COMMUNICATION SKILLS: Ability to clearly and persuasively express concepts, both orally and in writing; also, ability to listen effectively, grasp ideas and instructions. | | | X | | | Claude is coming around in his ability to take hold of any Ideas or instructions i.e. for him |
| INTERPERSONAL SKILLS: Ability to work cooperatively with subordinates, peers, superiors, and external contacts; ability to influence others without direct authority. | | | X | | | Works well with fellow associates and upper management |
| ADMINISTRATION: Ability to satisfy all administrative components of position (i.e. timeliness, completeness, accuracy, documentation). | | | X | | | Keeps up with all his reports and turns them in on time |
| LEARNING CAPABILITIES / OTHER RELEVANT SKILLS (List) | | | X | | | Claude has been a supervisor for about 1 year and 8 months and is still learning. |

## PERFORMANCE EVALUATION RATING

Read each rating carefully and completely. Check the rating box above that most closely describes the associate's overall performance in each category based upon the extent to which he/she met the standards/objectives and management skills evaluation.

**Superior** — Consistently and substantially exceeds major job requirements. Accomplishments are extraordinary as demonstrated by job results.

**Above Requirements** — Exceeds most job requirements. Job results are measurably higher than job requirements.

**Meets Requirement** — Meets major job requirements. Performance is fully acceptable as demonstrated by job results.

**Fair** — Performance is slightly below what is expected in the position. Performance needs improvement.

**Marginal** — Fails to meet most major job requirements. Performance requires immediate, substantial and sustained improvement.

2

## II. ANNUAL ACCOMPLISHMENT SUMMARY DEVELOPMENT REVIEW
(This side to be completed by immediate manager)

Associate's Name (last, first, middle initial): Claude Lee

### A. PERFORMANCE SUMMARY AND TREND (Summarize your view of associate's accomplishments versus goals in the past year and indicate performance.)

Set goal for No lost time accidents and met this goal
Set goal for no recordables, had 1.
Incident rate went from 3.86 to 2.89

(continue on back if necessary)

### B. STRENGTHS/GROWTH (Describe associate's strengths and how they changed in the past year.)

Claude has worked in Wrap/Pack for 24 years and this has helped Claude to relay to his people of what is expected of them. He is learning

(continue on back if necessary)

### C. DEVELOPMENTAL RECOMMENDATIONS
1) List Developmental Objectives and/or Skills To Improve based on overall performance rating and evaluation of management skills.
2) For any deficiencies noted on Management Skills Evaluation, planned development activity must be detailed here.
3) Developmental Objectives or Skills To Improve should be directly transferred onto next year's Objective Setting page.

| Developmental Objectives/Skills To Improve | Planned Development Activity |
|---|---|
| Quality | Hold monthly quality meeting with associates |
|  |  |
|  |  |
|  |  |

### D. FUTURE CAREER DISCUSSION (Discuss associate's career goals and objectives. List any positions in which the associate expresses an interest. Refer to Human Resources Manager or Director if indicated.)

Comments: Willing To Move To Any Job Where Needed In The Plant

(continue on back if necessary)

### E. OVERALL PERFORMANCE RATING (Transfer performance rating to page 1 [front] of form)

___ Superior    ___ Above Requirements    _X_ Meets Requirements    ___ Fair    ___ Marginal

### F. ASSOCIATE'S COMMENTS _____

Claude Lee

### G. SIGNATURES                    ☐ Check if additional comments attached.

Bob Turner    1-15-02         C.L.    1-15-02
Immediate Manager    Date    Associate's initials    Date
_____    1-21-02    indicate that he/she read
Reviewing Manager    Date    this appraisal and it has
                been discussed with him/her.

3

Lee/WPH - 0018

HRS- 272

# WESTPOINT STEVENS

**PERFORMANCE REVIEW - FORM A**
[X] ANNUAL  [ ] SEPARATION  [ ] PROBATIONARY
FOR HOURLY PRODUCTION AND MAINTENANCE ASSOCIATES

| Period from: FEB 07, 1998 | To: FEB 07, 1999 | Associate: LEE  C G | Associate No: 33519 |
|---|---|---|---|
| Complete this review prior to this date: FEB 14, 1999 | Facility: 044 ABBEVILLE | | |

| Department: 0065 WRAP & PACK | Job: A790 PACK SETS |
|---|---|
| Shift: 1 FIRST | Supervisor: Mike Ethridge | Continuous Service Date: FEB 07, 1977 | Date reviewed: 3-10-99 |

## SECTION I

4 Part day    Complete for period covered by this Review.

| ABSENCES | ACCIDENTS | COMMENDATIONS |
|---|---|---|
| Number of Days: | Medical Accidents  0 | Number of Commendations  1 |
| Excused (Excluding Leave of Absence) 0 | Number from Unsafe Acts  0 | **WOULD YOU RE-EMPLOY?** |
| Unexcused  0 | Lost-Time Accidents  0 | Yes [ ] |
| On Leave of Absence  0 | Number from Unsafe Acts  0 | No  [ ] |
| **COUNSELING AND WARNING REPORTS** | | (To be filled out only at separation) |
| Number of counselings  0 | Number of warnings  0 | |

## SECTION II

Read each factor below and its definition, then rate the associate according to the scale below. Place the appropriate number in the box to the right of the factor. If you score the associate 1 or 5 on a performance factor, you must provide an explanatory comment in the space provided.

[1*] Needs Significant Improvement  [3] Meets Job Requirements  [5*] Consistently Exceeds Job Requirements
[2] Needs Some Improvement  [4] Frequently Exceeds Job Requirements  [N/A] Does Not Apply to Associate's Job

* Supporting comments required

**WORK PRODUCTION**  [4]  COMMENTS:
Does associate accomplish expected amount of work promptly and efficiently? (Do NOT consider accuracy.)

**SUPERVISION REQUIRED**  [4]  COMMENTS:
Does associate meet job requirements and conduct himself/herself properly with average amount of supervision?

**WORK QUALITY**  [4]  COMMENTS:
Does associate pay attention to detail, completing work without excessive errors, defectives or waste? (Do NOT consider amount of work.)

(Continued on back)

WP-51254 - REV. 1/98

20355

Lee/WPH - 0068

| 1* Needs Significant Improvement | 3 Meets Job Requirements | 5* Consistently Exceeds Job Requirements |
|---|---|---|
| 2 Needs Some Improvement | 4 Frequently Exceeds Job Requirements | N/A Does Not Apply to Associate's Job |

* Supporting comments required

**PHYSICAL REQUIREMENTS**  [3]  COMMENTS: _____

Does associate meet all physical requirements of job? (Consider strength, stamina, dexterity, vision, etc.) (See Personnel Policy Manual, Section W-3, II-D for special instructions.)

**MONITORING**  [4]  COMMENTS: _____

Does associate conscientiously watch assigned work for immediate and potential production or quality problems?

**WORK PROCEDURES**  [4]  COMMENTS: _____

Does associate follow prescribed methods, without constant reminders and supervision, when performing work tests?

**JUDGEMENT**  [4]  COMMENTS: _____

Does associate's evaluation of both routine and unusual problems show use of previous training and experience resulting in reasonable decisions?

### SECTION III
**OVERALL PERFORMANCE RATING**

| ☐ 1* Needs Significant Improvement | ☐ 2 Needs Some Improvement | ☐ 3 Meets Job Requirements | ☒ 4 Frequently exceeds job requirements | ☐ 5* Consistently exceeds job requirements |
|---|---|---|---|---|

* Supporting comments required

### SECTION IV
Complete if appropriate.

GENERAL COMMENTS AND RECOMMENDATIONS: _Claude is easy going and well liked in the deptment. He knows his job and does a good job at it, all he put out above quality work. Claude takes very little supervision each day._

I HAVE REVIEWED THIS PERFORMANCE REVIEW WITH THE ASSOCIATE    REVIEWED BY

_Mike Ellruf_    3-10-99    _Claude Lee_    _Bob Turner_
SIGNATURE OF SUPERVISOR    DATE    SIGNATURE OF DEPARTMENT MANAGER    DATE

HRS- 252

## WESTPOINT STEVENS

**PERFORMANCE REVIEW - FORM A**
[X] ANNUAL  [ ] SEPARATION  [ ] PROBATIONARY
FOR HOURLY PRODUCTION AND MAINTENANCE ASSOCIATES

| Period from: FEB 07, 1999 | To: FEB 07, 2000 | Associate: LEE  C G | Associate No: 33519 |
|---|---|---|---|
| Complete this review prior to this date: FEB 14, 2000 | Facility: 044 ABBEVILLE | | |
| Department: 0065 WRAP & PACK | | Job: A788 L'SEAL SETS OP | |
| Shift: 1 FIRST | Supervisor: Mike Ethridge | Continuous Service Date: FEB 07, 1977 | Date reviewed: 2-10-00 |

### SECTION I

Complete for period covered by this Review.

| ABSENCES | ACCIDENTS | COMMENDATIONS |
|---|---|---|
| Number of Days: | Medical Accidents  0 | Number of Commendations  0 |
| Excused (Excluding Leave of Absence)  0 | Number from Unsafe Acts  0 | WOULD YOU RE-EMPLOY? |
| Unexcused  0 | Lost-Time Accidents  0 | Yes [ ] |
| On Leave of Absence  0 | Number from Unsafe Acts  0 | No [ ] |
| COUNSELING AND WARNING REPORTS | | (To be filled out only at separation) |
| Number of counselings  0 | Number of warnings  0 | |

### SECTION II

Read each factor below and its definition, then rate the associate according to the scale below. Place the appropriate number in the box to the right of the factor. If you score the associate 1 or 5 on a performance factor, you must provide an explanatory comment in the space provided.

[1*] Needs Significant Improvement   [3] Meets Job Requirements   [5*] Consistently Exceeds Job Requirements
[2] Needs Some Improvement   [4] Frequently Exceeds Job Requirements   [NA] Does Not Apply to Associate's Job

* Supporting comments required

**WORK PRODUCTION**   [3] COMMENTS:
Does associate accomplish expected amount of work promptly and efficiently? (Do NOT consider accuracy.)

**SUPERVISION REQUIRED**   [N] COMMENTS:
Does associate meet job requirements and conduct himself/herself properly with average amount of supervision?

**WORK QUALITY**   [4] COMMENTS:
Does associate pay attention to detail, completing work without excessive errors, defectives or waste? (Do NOT consider amount of work.)

(Continued on back)

WP-51254 - REV. 1/98

20355

Lee/WPH - 0068

| 1* | Needs Significant Improvement | 3 | Meets Job Requirements | 5* | Consistently Exceeds Job Requirements |
| 2 | Needs Some Improvement | 4 | Frequently Exceeds Job Requirements | N/A | Does Not Apply to Associate's Job |

* Supporting comments required

**PHYSICAL REQUIREMENTS** — [3] COMMENTS: ___

Does associate meet all physical requirements of job? (Consider strength, stamina, dexterity, vision, etc.) (See Personnel Policy Manual, Section W-3, II-D for special instructions.)

**MONITORING** — [4] COMMENTS: ___

Does associate conscientiously watch assigned work for immediate and potential production or quality problems?

**WORK PROCEDURES** — [4] COMMENTS: ___

Does associate follow prescribed methods, without constant reminders and supervision, when performing work tests?

**JUDGEMENT** — [4] COMMENTS: ___

Does associate's evaluation of both routine and unusual problems show use of previous training and experience resulting in reasonable decisions?

## SECTION III

### OVERALL PERFORMANCE RATING

| 1* Needs Significant Improvement | 2 Needs Some Improvement | 3 Meets Job Requirements | [X] 4 Frequently exceeds job requirements | 5* Consistently exceeds job requirements |

* Supporting comments required          x Claude Lee

## SECTION IV

Complete if appropriate.

GENERAL COMMENTS AND RECOMMENDATIONS: Claude has done a good job this past year. He can be counted on to be at work everyday and to put out top quality work. Claude takes very little supervision on his job and he works well with his co-workers. (a well rounded associate)

I HAVE REVIEWED THIS PERFORMANCE REVIEW WITH THE ASSOCIATE        REVIEWED BY

Mike E Thigpe    2-10-00              Bob Turner   2-21-00
SIGNATURE OF SUPERVISOR   DATE         SIGNATURE OF DEPARTMENT MANAGER   DATE

Lee/WPH - 0064

# WESTPOINT STEVENS

**PERFORMANCE REVIEW - FORM A**
☒ ANNUAL  ☐ SEPARATION  ☐ PROBATIONARY
FOR HOURLY PRODUCTION AND MAINTENANCE ASSOCIATES

| Period from: 2-7-97 | To: 2-7-98 | Associate: Claude G. Lee | Associate No: 33519 |
|---|---|---|---|

| Complete this review prior to this date: 2-17-98 | Facility: 044 - Abbeville |
|---|---|

| Department: 65 - Packing | Job: Pack Sets - A 790 |
|---|---|

| Shift: First | Supervisor: Mike Ethrig (signature) | Continuous Service Date: 2-7-77 | Date reviewed: 3-19-98 |
|---|---|---|---|

## SECTION I

*2 Part days*  Complete for period covered by this Review.

| ABSENCES | ACCIDENTS | COMMENDATIONS |
|---|---|---|
| Number of Days: | Medical Accidents _0_ | Number of Commendations _1_ |
| Excused (Excluding Leave of Absence) _0_ | Number from Unsafe Acts _0_ | **WOULD YOU RE-EMPLOY?** |
| Unexcused _0_ | Lost-Time Accidents _0_ | Yes ☐ |
| On Leave of Absence _0_ | Number from Unsafe Acts _0_ | No ☐ |
| **COUNSELING AND WARNING REPORTS** | | (To be filled out only at separation) |
| Number of counselings _0_   Number of warnings _0_ | | |

## SECTION II

Read each factor below and its definition, then rate the associate according to the scale below. Place the appropriate number in the box to the right of the factor. If you score the associate 1 or 5 on a performance factor, you must provide an explanatory comment in the space provided.

[1*] Needs Significant Improvement  [3] Meets Job Requirements  [5*] Consistently Exceeds Job Requirements
[2]  Needs Some Improvement  [4] Frequently Exceeds Job Requirements  [N/A] Does Not Apply to Associate's Job

* Supporting comments required

**WORK PRODUCTION**  [4]  COMMENTS: _____

Does associate accomplish expected amount of work promptly and efficiently? (Do NOT consider accuracy.)

**SUPERVISION REQUIRED**  [4]  COMMENTS: _____

Does associate meet job requirements and conduct himself/herself properly with average amount of supervision?

**WORK QUALITY**  [3]  COMMENTS: _____

Does associate pay attention to detail, completing work without excessive errors, defectives or waste? (Do NOT consider amount of work.)

(Continued on back)

WP-51254 - REV. 1/98

20355

Lee/WPH - 0072

| 1* | Needs Significant Improvement | 3 | Meets Job Requirements | 5* | Consistently Exceeds Job Requirements |
| 2 | Needs Some Improvement | 4 | Frequently Exceeds Job Requirements | N/A | Does Not Apply to Associate's Job |

* Supporting comments required

**PHYSICAL REQUIREMENTS** — [3]

Does associate meet all physical requirements of job? (Consider strength, stamina, dexterity, vision, etc.) (See Personnel Policy Manual, Section W-3, II-D for special instructions.)

COMMENTS:

**MONITORING** — [4]

Does associate conscientiously watch assigned work for immediate and potential production or quality problems?

COMMENTS:

**WORK PROCEDURES** — [4]

Does associate follow prescribed methods, without constant reminders and supervision, when performing work tests?

COMMENTS:

**JUDGEMENT** — [4]

Does associate's evaluation of both routine and unusual problems show use of previous training and experience resulting in reasonable decisions?

COMMENTS:

### SECTION III

**OVERALL PERFORMANCE RATING**

| 1* Needs Significant Improvement | 2 Needs Some Improvement | 3 Meets Job Requirements | 4 Frequently exceeds job requirements ☒ | 5* Consistently exceeds job requirements |

* Supporting comments required

### SECTION IV

Complete if appropriate.

GENERAL COMMENTS AND RECOMMENDATIONS: Claude is an A-1 all around good employee. He is easy to supervise, good attendance, knows his job, works well with his co-workers, and can work without supervision. Claude can be counted on to do a good job on any job he is put on.

I HAVE REVIEWED THIS PERFORMANCE REVIEW WITH THE ASSOCIATE

SIGNATURE OF SUPERVISOR _____ DATE 3-13-98

REVIEWED BY

SIGNATURE OF DEPARTMENT MANAGER _____ DATE 3-19-98

Claude Lee

Lee/WPH - 0078