**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                    TELEPHONE (334) 954-3600

July 9, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Lee v. WestPoint Home, Inc.

Case Number:   1:06cv00874-MHT

Referenced Pleading:   Brief/Memorandum in Opposition & Evidentiary Submission

Docket Entry Number:   21 & 22

The referenced pleadings were filed on ***July 06, 2007*** in this case and are hereby STRICKEN as duplicate docket entries.  These pleadings were E-filed by counsel.

Docket Entries 21 & 22 were erroneous duplicate docket entries.   Parties are instructed to disregard #21 & 22 docketing entries and refer to docket entries # 19, 20, 23, 24, 25, 26, and 27 for corrections.