IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,         )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         1:06cv874-MHT
                              )
WESTPOINT HOME, INC.,         )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion to allow for tardy filing (Doc. No. 28) is granted.

DONE, this the 9th day of July, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE