IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,        )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       1:06cv874-MHT
                             )
WESTPOINT HOME, INC.,        )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to hold settlement conference via telephone (Doc. No. 17) is granted.

DONE, this the 10th day of July, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE