IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:06-CV-874-MHT |
| WESTPOINT HOME, INC., | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT CONFERENCE

COMES NOW the Plaintiff, Claude Gene Lee, Sr., by and through his attorney of record, Jay E. Tidwell, and files this Notice of Settlement Conference, and states as follows:

On Monday, July 9, 2007, counsel for the Defendant and counsel for the Plaintiff held a settlement conference via telephone. No settlement was reached as a result of this conference.

/s/Jay E. Tidwell
Jay E. Tidwell (TID009)

OF COUNSEL:

TIDWELL LAW GROUP, LLC
2112 11th Avenue South, Suite 217
Birmingham, Alabama 35205
(205) 322-6060 Phone
(205) 326-8981 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July 2007, I have served a copy of the above and foregoing on counsel for all parties by:

| | |
|---|---|
| _____ | Facsimile transmission; |
| _____ | Hand Delivery ( will be attempted at trial); |
| _____ | Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to: |
| \_\_X\_\_ | Using the CM/ECF system which will send notifications of such to the following: |

David R. Boyd, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Shealy, Crum, & Pike, P.A.
130 Gaffney Court
Dothan, Alabama 36305

/s/ Jay E. Tidwell
Of Counsel