**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| CLAUDE GENE LEE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:06-CV-874-MHT |
| | ) |
| WESTPOINT HOME, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

To:   Mr. Frank Majors
c/o Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078

Please take notice that on August 29, 2007 at 2:00 p.m., or as otherwise agreed by the parties, Plaintiff Claude Gene Lee, Sr. will take the deposition upon oral examination of Frank Majors, pursuant to Fed. R. Civ. P. 30. Said examination shall be taken at the offices of Balch & Bingham and will continue from day to day until completed.  Said examination shall be before a notary public or some other person authorized by law to administer oaths, and is being taken for the purpose of discovery, for use at trial, and for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted this 24th day of August, 2007.

/s/Jay E. Tidwell
Jay E. Tidwell (TID009)

OF COUNSEL:

VEAL CLOUD & TIDWELL, LLC
2112 11th Avenue South, Suite 217
Birmingham, Alabama   35205
(205) 322-6060 Phone
(205) 326-8981 Fax

CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of August 2007, I have served a copy of the above and foregoing on counsel for all parties by:

|  |  |
|---|---|
| _____ | Facsimile transmission; |
| _____ | Hand Delivery (will be attempted at trial); |
| _____ | Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to: |
| \_\_X\_\_ | Using the CM/ECF system which will send notifications of such to the following: |

David R. Boyd, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078


                                                    /s/ Jay E. Tidwell
                                                    Of Counsel