## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CLAUDE GENE LEE, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:06-CV-874-MHT |
| | ) |
| **WESTPOINT HOME, INC.,** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Comes now Dorman Walker of the firm of Balch & Bingham LLP and enters this appearance as additional counsel for defendant WestPoint Home, Inc., and requests that service of all pleadings, motions and other papers be sent to him as follows:

> Dorman Walker (WAL086)
> Balch & Bingham LLP
> 105 Tallapoosa Street, Suite 200
> Montgomery, AL  36104
> 334-269-3138
> 866-736-3854 (fax)
> dwalker@balch.com

Respectfully submitted this 7th day of September, 2007.

s/Dorman Walker
One of the Attorneys for Defendant
WestPoint Home, Inc.

185502.1

**OF COUNSEL:**
David R. Boyd (BOY005)
dboyd@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
Dorman Walker (WAL086)
dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

  I certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

  Jay E. Tidwell
  Tidwell Law Group, LLC
  2112 11th Avenue South, Suite 217
  Birmingham, AL 35205

  Stephen C. Wallace
  Dawson & Wallace, LLC
  2229 Morris Avenue
  Birmingham, AL 35203

  Richard E. Crum
  M. Russ Goodman
  Cobb, Shealy, Crum, Derrick & Pike, P.A.
  206 North Lena Street
  Dothan, AL 36303

            s/Dorman Walker
            Of Counsel