IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,         )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     1:06cv874-MHT
                              )
WESTPOINT HOME, INC.,         )
                              )
    Defendant.                )
```

## ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 41) is granted.  The plaintiff may reply within ten business days.

DONE, this the 10th day of September, 2007.


                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**