IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CLAUDE GENE LEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:06 cv 874-MHT |
| | ) | |
| WESTPOINT HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Claude Gene Lee, Sr., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and at this time there are not entities to report.

/s/ Stephen C. Wallace
Stephen C. Wallace

OF COUNSEL:

DAWSON & WALLACE, LLC
2229 Morris Avenue
Birmingham, AL 35203

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2007, I have served a copy of the above and foregoing on counsel for all parties by:

   X        Using the CM/ECF system which will send notifications of such to the following:

David R. Boyd, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078

                                                  /s/ Stephen C. Wallace
                                                  Of Counsel