IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 1:06cv874-MHT |
| ) | |
| WESTPOINT HOME, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

COMES NOW William M. Dawson and enters his appearance for the above named plaintiff, Claude Gene Lee, Sr.

/s/ William M. Dawson
William M. Dawson

OF COUNSEL:

**DAWSON & WALLACE, LLC**
2229 Morris Avenue
Birmingham, AL 35203
205-323-6170
FAX 205-278-3430

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2007, I have served a copy of the above and foregoing on counsel for all parties by:

_____   Facsimile transmission;

_____   Hand Delivery:

2

   _____          Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

   \_\_X\_\_          Using the CM/ECF system which will send notifications of such to the following:

David R. Boyd, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078

                                          /s/ William M. Dawson
                                          Of Counsel