IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CLAUDE GENE LEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:06-cv-874-MHT |
| | ) | |
| WESTPOINT HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S WITNESS TRIAL DISCLOSURES

COMES NOW the Plaintiff Claude Gene Lee, Sr. ("Lee") and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure provides the following trial disclosures:

**WITNESSES:**

1. Claude Gene Lee, Sr.
   100 Murry Street
   Abbeville, Alabama 36310
   334-585-2642

2. Frank Major, III
   Assistant Department Manager Packing
   268 State Highway 27
   Abbeville, Alabama 36310

3. Bob Turner
   County Road 101
   Box 528

|   |   |
|---|---|
|   | Abbeville, AL 36310 |
|   | 334-585-2949 |
| 4. | Michael Alford |
|   | 701-7428; 702-3460 |
|   | (Address unknown at this time) |
| 5. | Brendt Murphy |
|   | Human Resources Manager |
|   | 268 State Highway 27 |
|   | Abbeville, Alabama 36310 |
| 6. | Lottie Benson |
|   | 5553 County Road 26 |
|   | Columbia, AL 36319 |
|   | 334-585-4537 |
| 7. | Craig Taylor |
|   | 1536 Columbia Road |
|   | Abbeville, AL 36310 |
|   | 334-585-5273 |
| 8. | Tameka Taylor |
|   | 1536 Columbia Road |
|   | Abbeville, AL 36310 |
|   | 334-585-5273 |
| 8. | Clifford Frazier |
|   | 2406 Scott Road |
|   | Dothan, AL 36303 |
|   | 334-714-2456 |

2

9. Angela Harvell
   101 South Dale Court
   Apt. #22
   Abbeville, AL 36310
   334-585-1127

10. Kemesha McGahee
    334-585-4656
    (Address unknown at this time)

11. Rosie Wright
    334-585-1651
    (Address unknown at this time)

12. Woodrow Sluss
    Director of Human Resources
    2506 1st Avenue
    Opelika, AL 36801
    334-742-2407

13. Billy Wayne Bedsole
14. Any witnesses needed for rebuttal.
15. Any person who did or will provide an affidavit in this action.
16. Any person who has been deposed or may be deposed in this action.
17. All witnesses listed on Defendant's witness list.
18. Any individual or records custodians necessary to authenticate

any documents.

19. Any individual or records custodians necessary for the

Introduction of any document.

20. Any individual and/or expert necessary for rebuttal.

21. Plaintiff reserves the right to amend his witness list.


                   /s/ Jay E. Tidwell
                   Jay Tidwell (TID009)

OF COUNSEL:

**VEAL CLOUD & TIDWELL, LLC**
2112 11th Avenue South, Suite 217
Birmingham, Alabama 35205
(205) 322-6060 Phone
(205) 326-8981 Fax


                   /s/ Stephen C. Wallace
                   Stephen C. Wallace

OF COUNSEL:

**DAWSON & WALLACE, LLC**
2229 Morris Avenue
Birmingham, AL 35203
(205)-323-61070
(205) 278-3430 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September 2007, I have served a copy of the above and foregoing on counsel for all parties by:

   _____       Facsimile transmission;

   _____       Hand Delivery:

   _____       Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

    X        Using the CM/ECF system which will send notifications of such to the following:

David R. Boyd, Esq.
Norman Walker, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office box 78
Montgomery, Alabama 36101-0078

 

/s/ Jay E. Tidwell
Of Counsel

/s/ Stephen C. Wallace
Of Counsel

5