IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR.,        ) | |
|        ) | |
|   Plaintiff,        ) | |
|        ) | |
| vs.        ) | CASE NO. 1:06-CV-874-MHT |
|        ) | |
| WESTPOINT HOME, INC.,        ) | |
|        ) | |
|   Defendant.        ) | |

## DEFENDANT WESTPOINT HOME, INC.'S
## DESIGNATION OF DEPOSITION EXCERPTS

Defendant WestPoint Home, Inc. ("WestPoint"), pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designates the following deposition excerpts:

I.      The following portions of the deposition of Claude Gene Lee taken on July 17, 2007:

        34, 47, 53-58, 60, 66-74, 77-79, 88-89, 93-100, 102-109, 166-168.

II.     The following portions of the deposition of Frank Major taken on August 29, 2007:

        47-48, 50-54, 63-68, 82-83, 94-103, 131-132, 144, 160-164.

III.    Any portion of any deposition cited by WestPoint in support of its Motion for Summary Judgment.

IV.    WestPoint reserves the right to use all or any portion of the deposition of any witness taken in this matter, if the witness is unavailable for trial.

V.     WestPoint reserves the right to use all or any portion of the deposition taken in this matter for the purposes of rebuttal and/or impeachment.

VI.    WestPoint reserves the right to use any and all parts of Plaintiff's deposition for any and all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted this 12th day of September, 2007.

185523.1

/s/Kelly F. Pate
One of the Attorneys for Defendant WestPoint Home, Inc.

**OF COUNSEL:**
David R. Boyd (BOY005)
dboyd@balch.com
Dorman Walker (WAL086)
dwalker@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 12th day of September, 2007:

Jay E. Tidwell, Esq.
Veal Cloud & Tidwell, LLC
2112 11th Avenue South, Suite 217
Birmingham, AL 35205

Stephen C. Wallace, Esq.
William M. Dawson, Esq.
Dawson & Wallace, LLC
2229 Morris Avenue
Birmingham, AL 35203

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Cobb, Shealy, Crum, Derrick & Pike, P.A.
206 North Lena Street
Dothan, AL 36303

/s/Kelly F. Pate
Of Counsel