IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE GENE LEE, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:06-CV-874-MHT ) |
| WESTPOINT HOME, INC., | ) ) |
| Defendant. | ) |

### DEFENDANT WESTPOINT HOME, INC.'S DESIGNATION OF WITNESSES

Defendant WestPoint Home, Inc. ("WestPoint"), pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designates the following witnesses:

**I.     Witnesses WestPoint expects to present.**

A.  Frank Major
    268 State Highway 27
    Abbeville, Alabama 36310
    (334) 585-4219

B.  Brendt Murphy
    268 State Highway 27
    Abbeville, Alabama 36310
    (334) 585-4231

C.  Michael Lingo
    c/o BALCH & BINGHAM LLP
    P.O. Box 78
    Montgomery, Alabama 36101
    (334)834-6500

D.  E.D. Walker
    c/o BALCH & BINGHAM LLP
    P.O. Box 78
    Montgomery, Alabama 36101
    (334)834-6500

185520.1

II. **Witnesses WestPoint may call if the need arises.**

    A.    Lottie Benson
          c/o BALCH & BINGHAM LLP
          P.O. Box 78
          Montgomery, Alabama 36101
          (334)834-6500

    B.    Clara Thomas
          c/o BALCH & BINGHAM LLP
          P.O. Box 78
          Montgomery, Alabama 36101
          (334)834-6500

    C.    Bob Turner
          c/o BALCH & BINGHAM LLP
          P.O. Box 78
          Montgomery, Alabama 36101
          (334)834-6500

    D.    James Glenn McCants
          c/o BALCH & BINGHAM LLP
          P.O. Box 78
          Montgomery, Alabama 36101
          (334)834-6500

    E.    Michael Alford
          c/o BALCH & BINGHAM LLP
          P.O. Box 78
          Montgomery, Alabama 36101
          (334)834-6500

    F.    Jeff Engle
          c/o Balch & Bingham LLP
          Post Office Box 78
          Montgomery, AL  36101-0078
          (334) 834-6500

    G.    Woodrow Sluss
          c/o Balch & Bingham LLP
          Post Office Box 78
          Montgomery, AL  36101-0078
          (334) 834-6500

    H.    Billy Wayne Bedsole
          c/o Balch & Bingham LLP
          Post Office Box 78

        Montgomery, AL  36101-0078
        (334) 834-6500

I.     Mike Ethridge
      c/o Balch & Bingham LLP
      Post Office Box 78
      Montgomery, AL  36101-0078
      (334) 834-6500

J.     Any witness designated or called by any other party

K.    Any witness necessary to authenticate any document and/or prove chain of custody of any document or item

L.     Any witness necessary for rebuttal or impeachment

WestPoint reserves the right to offer and/or to object to the testimony of any of these persons offered by another party, and to supplement and/or amend this witness list.

Respectfully submitted this 12th day of September, 2007.

                                /s/Kelly F. Pate
                                One of the Attorneys for Defendant WestPoint Home, Inc.

**OF COUNSEL:**
David R. Boyd (BOY005)
dboyd@balch.com
Dorman Walker (WAL086)
dwalker@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL  36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 12th day of September, 2007:

Jay E. Tidwell, Esq.
Veal Cloud & Tidwell, LLC
2112 11th Avenue South, Suite 217
Birmingham, AL 35205

Stephen C. Wallace, Esq.
William M. Dawson, Esq.
Dawson & Wallace, LLC
2229 Morris Avenue
Birmingham, AL 35203

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Cobb, Shealy, Crum, Derrick & Pike, P.A.
206 North Lena Street
Dothan, AL 36303

/s/Kelly F. Pate
Of Counsel