IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLAUDE GENE LEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06-CV-874-MHT |
| | ) | |
| WESTPOINT HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT WESTPOINT HOME, INC.'S DESIGNATION OF EXHIBITS

Defendant WestPoint Home, Inc. ("WestPoint"), pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designates the following exhibits:

| No. | Description |
|---|---|
| 1 | DX 1 "What to Do if You Have a Complaint or Problem,"  Lee/WPH 0245 |
| 2 | DX 2 A Guidebook for Salaried Associates,  Lee/WPH 0246-0248 |
| 3 | DX 3 Acknowledgement page for Guidebook for Salaried Associates, Lee/WPH 0011 |
| 4 | DX 4  EEOC Anti-Harassment /Retaliation Policy, Lee/WPH 0326 |
| 5 | DX 5 Guidebook for Salaried Associates Acknowledgment and Disclaimer, Lee/WPH 0012 |
| 6 | DX 6 Complaints Policy, Lee/WPH 0336-0338 |
| 7 | DX 7 Corrective Action Policy, Lee/WPH 0427-0428 |
| 8 | DX 8 Complaint |
| 9 | DX 9 Affidavit of Claude Gene Lee and exhibits thereto |
| 10 | DX 10 December, 2005 Personnel Notice Lee/WPH 0036 |
| 11 | DX 11 January, 2006 Salaried-Exempt Performance Review, Lee/WPH 0036-0040 |
| 12 | DX 12 February, 2006 Personnel Notice, Lee/WPH 0005 |
| 13 | DX 13 March 8, 2006 Corrective Action Report, Lee/WPH 0006 |
| 14 | DX 14 March 11, 2006 Corrective Action Report, Lee/WPH 0007 |
| 15 | DX 15 March 15, 2006 Personnel Notice, Lee/WPH 0009 |
| 16 | DX 16 List of Choices, From Lee 0026 |
| 17 | DX 17 Recap of events prepared by Claude Lee, Sr., From Lee  0001-0013 |
| 18 | DX 18 July 7, 2006 Psychological Consultation, From Lee 0137-0138 |
| 19 | DX 19 Declaration of Brendt Murphy and exhibits thereto |
| 20 | Declaration of Frank Major and exhibits thereto |
| 21 | Plaintiff's Personnel File, Lee/WPH 0001-0183 |

185522.1

| No. | Description |
|-----|-------------|
| 22 | Plaintiff's Pay Records, Lee/WPH 0189-0244 |
| 23 | Human Resources Policy Manual, Lee/WPH 0245-0559 |
| 24 | February 15, 2006 Personnel Notice to Billy Wayne Bedsole, Lee/WPH 0565 |
| 25 | February 16, 2006 Personnel Notice to Michael Ethridge, Lee/WPH 0566 |
| 26 | January, 2006 Performance Review for Michael Ethridge, Lee/WPH 0567-0571, 0577-0581 |
| 27 | January, 2006 Performance Review for Billy Wayne Bedsole, Lee/WPH 0572-0576, 0582-0586 |
| 28 | January 4, 2006 Personnel Notice for Clara L. Thomas, Lee/WPH 0587 |
| 29 | Abbeville Plant Organizational Charts, Lee/WPH 0560-0562 |
| 30 | EEOC file |
| 31 | A Guidebook for Salaried Associates, Lee/WPH 0246A |

WestPoint reserves the right (a) to supplement this list, (b) not to offer and/or to object to the use of all or any portion of the foregoing by any other party, (c) to offer as a separate exhibit any portion of or any summary of any of the foregoing, (d) to offer an enlargement of any of the foregoing, (e) to use any document identified in subsequent discovery, (f) to use any exhibit listed by any other party if WestPoint's objection thereto is waived or overruled, (g) to use any document marked as an exhibit during any deposition in this matter, (h) to use other documents for rebuttal and/or impeachment, (i) to use any documents which have been requested or produced during discovery in this case, regardless whether the same has been produced, (j) to use any document produced by any non-party, and (k) to use any document requested of any non-party, regardless whether the same has been produced.

Respectfully submitted this 12th day of September, 2007.

/s/Kelly F. Pate
One of the Attorneys for Defendant WestPoint Home, Inc.

**OF COUNSEL:**
David R. Boyd (BOY005)
dboyd@balch.com
Dorman Walker (WAL086)
dwalker@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 12th day of September, 2007:

Jay E. Tidwell, Esq.
Veal Cloud & Tidwell, LLC
2112 11th Avenue South, Suite 217
Birmingham, AL 35205

Stephen C. Wallace, Esq.
William M. Dawson, Esq.
Dawson & Wallace, LLC
2229 Morris Avenue
Birmingham, AL 35203

Richard E. Crum, Esq.
M. Russ Goodman, Esq.
Cobb, Shealy, Crum, Derrick & Pike, P.A.
206 North Lena Street
Dothan, AL 36303

/s/Kelly F. Pate
Of Counsel