IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CLAUDE GENE LEE, SR.,        )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )      1:06cv874-MHT
                             )
WESTPOINT HOME, INC.,        )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 43) is denied.

DONE, this the 3rd day of October, 2007.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**