**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| CLAUDE LEE,                               ) | |
|                                           ) | |
|         Plaintiff,                        ) | |
|                                           ) | CIVIL ACTION NO. |
| vs.                                       ) | CV-06-874-MHT |
|                                           ) | |
| WEST POINT HOME, INC.                     ) | |
|                                           ) | |
|         Defendant.                        ) | |

**PLAINTIFF'S JURY QUESTIONS**

Plaintiff submits the following questions in addition to the matters contained in the jury questionnaire.

1. Do any of you know or recognize any of the lawyers identified to you, and if so explain any contact with any lawyer or firm.

2. Do you know or recognize any of the persons to be identified to you as possible witnesses in this case, and if so, please explain.

3. Has any juror or family member ever worked for the defendant West Point Home, Inc. or any subsidiary or related company, or has there been any contact with the defendant?

4. Does any juror know anyone who has worked for the defendant West Point Home, Inc. or any related company during the past ten years, and if so, please elaborate.

5. Does any juror have strong feelings about the filing of lawsuits? If you think that too many suits in general are filed, would that have any effect upon your ability to fairly decide this case?

6. Does any juror doubt that an employer can be guilty of discriminating against an employee on the basis of his or her race?

7. Assuming that federal law prohibits an employer discriminating against an employee on the basis of race, do any of you disagree with that law or feel that there is no need for such legal protection?

8. Has any juror or spouse of one ever been a member and/or officer in a labor union?

9. Assuming that the law requires a jury verdict to be stated in an amount of damages to be awarded to a successful litigant, do you have any problem with following that law

and awarding money damages if you find that the plaintiff has proved his case?

                                                     By:    S/Stephen C. Wallace
                                                           William M. Dawson
                                                           Stephen C. Wallace
                                                           Attorney for Defendant
                                                           2229 Morris Avenue
                                                           Birmingham, Alabama 35203
                                                           (205) 323-6170

## CERTIFICATE OF SERVICE

     I certify that I have served a copy of the above on opposing counsel by E-Filing the same this the 9th day of October, 2007.

                                                                                                                                _____
                                                                                                                                S/Stephen C. Wallace